UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEVERLEY MARTIN<br>1200 Redcrested Court<br>Upper Marlboro, MD 20774,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CITIBANK, INC.<br>1101 Pennsylvania Avenue, N.W.<br>Suite 1000<br>Washington, D.C. 20004,<br><br>　　　　Defendant. | Civil Action No. _____<br><br>Removed from D.C. Superior Court |

## CORPORATE DISCLOSURE STATEMENT

　　Defendant Citibank, Inc., by counsel, submits the following certificate required by Federal Rule of Civil Procedure 7.1 and Local Civil Rule of the United States District Court for the District of Columbia 7.1.

　　I, the undersigned, counsel of record for Citibank, Inc., certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Citibank, Inc. which may have outstanding securities in the hands of the public:

　　Citigroup Inc.

　　These representations are made in order that judges of this Court may determine the need for recusal.

Dated: December 20, 2007

Respectfully submitted,

LITTLER MENDELSON, P.C.

By: _____
Paul J. Kennedy (D.C. Bar No. 428623)
Katherine A. Goetzl (D.C. Bar No. 457660)
1150 17th Street N.W., Suite 900
Washington, DC  20036
202.842.3400  telephone
202.842.0011  facsimile

Counsel for Defendant Citibank, Inc.

Firmwide:83861353.1 022839.1000