UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEVERLEY MARTIN<br>1200 Redcrested Court<br>Upper Marlboro, MD 20774,<br><br>    Plaintiff,<br><br>v.<br><br>CITIBANK, INC.<br>1101 Pennsylvania Avenue, N.W.<br>Suite 1000<br>Washington, D.C. 20004,<br><br>    Defendant. | Civil Action No. _____ |

## NOTICE TO PLAINTIFF

TO:   Beverley Martin
       c/o Linda M. Correia
       Webster, Frederickson, Henrichsen, Correia & Puth, P.L.L.C.
       1775 K Street, N.W., Suite 600
       Washington, DC  20006

Pursuant to 28 U.S.C. §1446(d), this constitutes notice that Defendant Citibank, Inc. has this day filed the attached Notice of Removal in the United States District Court for the District of Columbia, with a copy to the Superior Court of the District of Columbia, thereby effecting removal of this matter from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Dated: December 20, 2007                Respectfully submitted,

                                                    LITTLER MENDELSON, P.C.

By: _/s/_____
Paul J. Kennedy (D.C. Bar No. 428623)
Katherine A. Goetzl (D.C. Bar No. 457660)
1150 17th Street N.W., Suite 900
Washington, DC 20036
202.842.3400 telephone
202.842.0011 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice to Plaintiff was served this 20th day of December, 2007, by first-class mail and electronically, upon:

>Linda M. Correia
>Webster, Frederickson, Henrichsen, Correia & Puth, P.L.L.C.
>1775 K Street, N.W., Suite 600
>Washington, DC 20006
>lcorreia@wfhcplaw.com

>/s/ Katherine A. Goetzl
>Katherine A. Goetzl

Firmwide:83830343.1 022839.1000