UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEVERLEY MARTIN,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**CITIBANK, INC.,**<br><br>    **Defendant.** | Civil Action No. 07-2297  (RCL) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6, Paul J. Kennedy, attorney with Littler Mendelson, P.C., hereby notices his appearance as counsel for Defendant Citibank, Inc. in the above-captioned matter.

Dated:  December 21, 2007             Respectfully submitted,

                                      LITTLER MENDELSON, P.C.

                               By:    /s/ Paul J. Kennedy
                                      Paul J. Kennedy (D.C. Bar No. 428623)
                                      Katherine A. Goetzl (D.C. Bar No. 457660)
                                      1150 17th Street N.W., Suite 900
                                      Washington, DC  20036
                                      202.842.3400  telephone
                                      202.842.0011  facsimile

                                      Counsel for Defendant Citibank, Inc.

Firmwide:83900300.1 022839.1000