## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEVERLEY MARTIN,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 07-2297 (RCL)** |
| **CITIBANK, INC.,** | |
| **Defendant.** | |

### DEFENDANT'S MOTION TO DISMISS AND TO COMPEL ARBITRATION

Defendant Citibank, Inc. ("Citibank"), by its undersigned counsel, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure and Rule 7 of the Local Civil Rules of the U.S. District Court for the District of Columbia, hereby moves the Court for an Order dismissing Plaintiff Beverley Martin's Complaint and compelling Plaintiff to arbitrate the claims contained in her Complaint. Plaintiff, who is a current employee of Citibank, signed an agreement to arbitrate employment-related claims. Because Plaintiff brings employment-related claims under the District of Columbia Human Rights Act and Title VII of the Civil Rights Act of 1964 in her Complaint, which are subject to arbitration pursuant to the agreement signed by Plaintiff, her Complaint should be dismissed and she should be compelled to arbitrate.

In support of this Motion, Defendant Citibank, Inc. respectfully refers the Court to its Memorandum of Points and Authorities and proposed Order, both of which are attached hereto and incorporated herein.

Dated:  December 27, 2007

Respectfully submitted,

LITTLER MENDELSON, P.C.

By:  /s/ Katherine A. Goetzl
     Paul J. Kennedy (D.C. Bar No. 428623)
     Katherine A. Goetzl (D.C. Bar No. 457660)
     1150 17th Street N.W., Suite 900
     Washington, DC  20036
     202.842.3400  telephone
     202.842.0011  facsimile

     Counsel for Defendant Citibank, Inc.

Firmwide:83861565.1 022839.1000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BEVERLEY MARTIN,

       Plaintiff,

       v.                    Civil Action No. 07-2297  (RCL)

CITIBANK, INC.,

       Defendant.

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF DEFENDANT'S MOTION TO DISMISS AND TO COMPEL ARBITRATION

Pursuant to Rule 7(a) of the Local Civil Rules of the U.S. District Court for the District of Columbia, Defendant Citibank, Inc. ("Citibank" or "Company") submits this Memorandum of Points and Authorities in support of its Motion for an Order dismissing this case and compelling Plaintiff Beverley Martin to arbitrate the claims contained in her Complaint. Plaintiff's Complaint contains employment-related claims, which are subject to arbitration pursuant to the arbitration agreement Plaintiff signed. Under these circumstances, Citibank requests that the Court grant Defendant's Motion.

## I.     STATEMENT OF FACTS

Plaintiff began working for Citibank in or about November 1999. Complaint, ¶ 5. During her employment with Citibank, Plaintiff has twice received, acknowledged and agreed to the Company's Employment Arbitration Policy.

On September 26, 2001, Plaintiff received and acknowledged the Company's Dispute Resolution and Employment Arbitration Policies. Acknowledgment of Dispute Resolution and Employment Arbitration Policies signed by Plaintiff on Sept. 26, 2001, Exhibit 1 hereto. The

Employment Arbitration Policy, which Plaintiff acknowledged and agreed to in September 2001, provides, in relevant part:

> The Policy makes arbitration the required and exclusive forum for the resolution of all employment disputes based on legally protected rights (i.e., statutory, contractual, or common-law rights) that may arise between an employee or former employee and [the Company]... including without limitation claims, demands, or actions under Title VII of the Civil Rights Act of 1964,... and any other federal, state, or local statute, regulation or common-law doctrine regarding employment discrimination, conditions of employment, termination of employment, breach of contract, or defamation.

Employment Arbitration Policy, p. 1, Exhibit 2 hereto.

Likewise, in or around August 2002, Plaintiff received the 2002 Employee Handbook, which contains the Company's Employment Arbitration Policy. 2002 Employee Handbook, attached hereto as Exhibit 3. Plaintiff acknowledged her receipt of the 2002 Employee Handbook on August 8, 2002. 2002 Employee Handbook Receipt Form signed by Plaintiff on Aug. 8, 2002, attached hereto as Exhibit 4.[1] The 2002 Employee Handbook Receipt Form specifically states: "**Important:** I understand that this *Handbook* contains a provision that requires me to submit employment-related disputes to binding arbitration (see Appendix). I have read that provision carefully." Id. (emphasis in original). The Employment Arbitration Policy provides, in relevant part:

> The Policy makes arbitration the required and exclusive forum for the resolution of all employment disputes based on legally protected rights (i.e., statutory, contractual, or common-law rights) that may arise between an employee or former employee and [the Company]... including without limitation claims, demands, or actions under Title VII of the Civil Rights Act of 1964,... and any other federal, state, or local statute, regulation, or common-law doctrine regarding employment discrimination, conditions of employment, termination of employment, breach of contract, or defamation.

---

[1] Copies of Exhibits 1-4 were provided to counsel for Plaintiff by facsimile on December 21, 2007. Letter from Paul J. Kennedy to Linda M. Correia dated December 21, 2007, attached hereto as Exhibit 5.

2002 Employee Handbook, p. 35.  The 2002 Employee Handbook also contains the Principles of

Employment, which provide, in relevant part:

> You agree to follow our dispute resolution/arbitration procedures for employment disputes. ... [I]n the unusual situation when this internal [dispute resolution] procedure does not fully resolve an employment-related dispute and the dispute is based upon legally protected rights, you and the Company agree to submit the dispute, within the time provided by the applicable statute(s) of limitations, to binding arbitration with the American Arbitration Association ("AAA")...  Again, it is your responsibility to read and understand the dispute resolution/arbitration procedures.  If you have any questions, now or in the future, please ask.

2002 Employee Handbook, pp. 31-32.

On or about October 22, 2007,[2] Plaintiff filed a Complaint in the Superior Court of the

District of Columbia, alleging violation of the District of Columbia Human Rights Act and Title

VII of the Civil Rights Act of 1964 and negligent supervision in relation to her employment with

Citibank.  Complaint, Counts I-V.  Citibank removed the case to this Court on December 19,

2007.  The Company has attempted without success to obtain Plaintiff's consent to submit this

case to arbitration.[3]

## II.     ARGUMENT

Plaintiff must be compelled to arbitrate her claims against Citibank based upon the

express language contained in the Employment Arbitration Policy.

---

[2] Citibank was not served with Plaintiff's Complaint until November 21, 2007.

[3] Citibank communicated with Plaintiff's counsel on December 10, 2007, having just been retained, to obtain agreement for an extension of time in which to respond to Plaintiff's Complaint.  Defendant's counsel noted the existence of an arbitration agreement, and consequently, counsel for Plaintiff conditioned agreement to a time extension upon receipt of the arbitration policy.  In attempting to satisfy this condition, Defendant's counsel obtained and forwarded to Plaintiff's counsel an arbitration policy different than that which Plaintiff acknowledged and agreed to as part of her employment with Citibank.  Email exchange between counsel, attached hereto as Exhibit 6.  When Defendant's counsel eventually obtained Plaintiff's signed acknowledgements, counsel wrote to Plaintiff's counsel on December 21, 2007 enclosing the relevant documents.  Letter from Paul J. Kennedy to Linda M. Correia dated December 21, 2007.

The Federal Arbitration Act ("FAA") enunciates a strong federal policy favoring arbitration, and requires courts to rigorously enforce agreements to arbitrate.[4]  See Dean Witter Reynolds, Inc. v. Byrd, 470 U.S. 213, 221 (1985); Moses H. Cone Memorial Hosp. v. Mercury Const. Corp., 460 U.S. 1, 24 (1983); Hughes v. CACI, Inc., 384 F. Supp. 89, 95 (D.D.C. 2005); Booker v. Robert Half, Int'l, 315 F. Supp. 2d 94, 97 (D.D.C. 2004), aff'd, 413 F.3d 77 (D.C. Cir. 2005).  Specifically, the FAA provides:

> A written provision in … a contract evidencing a transaction involving commerce to settle by arbitration a controversy thereafter arising out of such contract … shall be valid, irrevocable, and enforceable, save upon grounds as exist at law or in equity for the revocation of any contract.  If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under such an agreement, shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement ….

9 U.S.C. §§ 2, 3 (1999).  The FAA authorizes a federal district court to issue an order compelling arbitration when a party to an arbitration agreement fails, neglects, or refuses to comply with the agreement, just as Plaintiff has done in this case.  9 U.S.C. § 4 (1999).  Moreover, when all of the claims presented in a lawsuit are arbitrable, as they are in this case, dismissal is a proper remedy. See Brown v. Dorsey & Whitney, LLP, 267 F. Supp. 2d 61, 83 n. 13 (D.D.C. 2003); Nelson v. Insignia/Esg, Inc., 215 F. Supp. 2d 143, 158 (D.D.C. 2002).

Arbitration is so strongly favored as a means to resolve disputes that the U.S. Supreme Court has stated:

> [W]here the contract contains an arbitration clause, there is a presumption of arbitrability in the sense that an order to arbitrate the particular grievance should not be denied unless it may be said with positive assurance that the arbitration

---

[4] District of Columbia law also strongly favors arbitration of employment disputes as expressed in the District of Columbia Uniform Arbitration Act.  See D.C. Code. Ann., § 16-4301 et seq.

clause is not susceptible of an interpretation that covers the asserted dispute. Doubts should be resolved in favor of coverage.

AT&T Technologies, Inc. v. Communications Workers of America, 475 U.S. 643, 650 (1986) (quoting Steelworkers v. Warrior & Gulf Navigation Co., 363 U.S. 574, 582-83 (1960)).  The U.S. Supreme Court and the U.S. Court of Appeals for the District of Columbia Circuit have recognized that the FAA's well-established presumption in favor of arbitration applies in the context of employment disputes.  See Circuit City Stores, Inc. v. Adams, 532 U.S. 105, 123 (2001); Cole v. Burns Int'l Sec. Servs., 105 F.3d 1465, 1470 (D.C. Cir. 1997).

In deciding whether to compel arbitration, the Court must determine:  (1) whether the parties entered into a valid and enforceable arbitration agreement; and (2) whether the agreement encompasses the claims raised in the Complaint.  Stromberg Sheet Metal Works, Inc. v. Washington Gas Energy Systems, Inc., 448 F. Supp. 2d 64, 68 (D.D.C. 2006); Nur v. K.F.C. USA, Inc., 142 F. Supp. 2d 48, 50-51 (D.D.C. 2001).  In this case, because Plaintiff and Citibank have a valid and enforceable arbitration agreement which covers the claims raised in Plaintiff's Complaint, the Court should order Plaintiff to arbitrate her claims against Citibank.

First, Plaintiff signed two binding arbitration agreements with Citibank.  Exhibits 1-4 hereto.  Plaintiff's signature indicates mutuality of assent and binds her to the Employment Arbitration Policy "unless [she] can show special circumstances relieving [her] of such an obligation."  Hughes, 384 F. Supp. 2d at 96 (special circumstances include fraud, duress or mutual mistake); Booker, 315 F. Supp. 2d at 100.

Second, Plaintiff and Citibank expressly agreed to arbitrate "all employment disputes based on legally protected rights (*i.e.*, statutory, contractual, or common-law rights) that may arise between an employee or former employee and the Company. . . including, without limitation, claims, demands, or actions under Title VII of the Civil Rights Act of 1964,... and any

other federal, state, or local statute, regulation, or common-law doctrine regarding employment discrimination, conditions of employment, termination of employment, breach of contract, or defamation." Exhibits 1-4 hereto. In her Complaint, Plaintiff alleges violation of the District of Columbia Human Rights Act and Title VII of the Civil Rights Act of 1964 and negligent supervision in relation to her employment with Citibank. Complaint, Counts I-V. The claims in Plaintiff's Complaint clearly fall within the parameters of the Employment Arbitration Policy.

Under these circumstances, the Court should dismiss Plaintiff's Complaint and compel Plaintiff to arbitrate her claims.

## III.   CONCLUSION

For the foregoing reasons, Defendant Citibank, Inc. respectfully requests that the Court grant its Motion to Dismiss and to Compel Arbitration.

Dated:  December 27, 2007                    Respectfully submitted,

                                             LITTLER MENDELSON, P.C.

                              By:    /s/ Katherine A. Goetzl
                                     Paul J. Kennedy (D.C. Bar No. 428623)
                                     Katherine A. Goetzl (D.C. Bar No. 457660)
                                     1150 17th Street N.W., Suite 900
                                     Washington, DC  20036
                                     202.842.3400  telephone
                                     202.842.0011  facsimile

                                     Counsel for Defendant Citibank, Inc.

Firmwide:83885547.1 022839.1000

# EXHIBIT 1

U. S. Consumer Group
*Dispute Resolution Policy and Employment Arbitration Policy*
Page 2

<u>Acknowledgment</u>

I have received the U.S. Consumer Group Dispute Resolution and Employment Arbitration Policies.

Signature _Beverly Martin_  Date _9/26/01_

Name (please print) _Beverly J Martin_

Department _Fin Center - Adams Morgan_

Business _Retail Bank - NACB_

# EXHIBIT 2

# U.S. CONSUMER GROUP EMPLOYMENT ARBITRATION POLICY

## STATEMENT OF INTENT

U.S. Consumer Group values each of its employees and looks forward to good relations with, and among, all of its employees. Occasionally, however, disagreements may arise between an individual employee and U.S. Consumer Group, or between employees in a context that involves U.S. Consumer Group. U.S. Consumer Group believes that the resolution of such disagreements will be best accomplished by internal dispute resolution and, where that fails, by arbitration conducted under the auspices of the American Arbitration Association. For these reasons, U.S. Consumer Group has adopted this Employment Arbitration Policy ("Policy"). Except as provided below, the Policy applies to all persons employed by U.S. Consumer Group as of September 1, 2001 and all employees joining U.S. Consumer Group after that date. [1]

This Policy does not constitute a guarantee that your employment will continue for any specified period of time or end only under certain conditions. Employment with U.S. Consumer Group is a voluntary relationship for no definite period of time and nothing in this Policy or any other company document constitutes an express or implied contract of employment for any definite period of time. This Policy does not constitute, nor should it be construed to constitute, a waiver by U.S. Consumer Group of its rights under the "employment-at-will" doctrine; nor does it afford an employee or former employee any rights or remedies not otherwise available under applicable law.

## SCOPE OF THE POLICY

The Policy makes arbitration the required and exclusive forum for the resolution of all employment disputes based on legally protected rights (i.e., statutory, contractual or common law rights) that may arise between an employee or former employee and U.S. Consumer Group or its current and former parents, subsidiaries and affiliates and its and their current and former officers, directors, employees, and agents (and that are not resolved by the internal dispute resolution procedure), including without limitation claims, demands or actions under Title VII of the Civil Rights Act of 1964, the Civil Rights Acts of 1866 and 1991, the Age Discrimination in Employment Act of 1967, the Older Worker Benefit Protection Act of 1990, the Rehabilitation Act of 1973, the Americans with Disabilities Act of 1990, the Family and Medical Leave Act of 1993, the Fair Labor Standards Act of 1938, the Equal Pay Act of 1963, the Employee Retirement Income Security Act of 1974, the Worker Adjustment and Retraining Notification Act, and all amendments thereto, and any other federal, state or local statute, regulation or common law doctrine regarding employment discrimination, conditions of employment, termination of employment, breach of contract, or defamation.

---

[1] Employees of Citifinancial, Primerica Financial Services and Travelers Insurance, including Travelers Property Casualty and Travelers Life and Annuity, have their own employment arbitration policies which will continue to be applicable to employees in those businesses

The only disputes not covered by the Policy are claims that an employee or former employee may have regarding Workers' Compensation or unemployment compensation benefits. Nothing in this Policy shall prevent either party from seeking from any court of competent jurisdiction injunctive relief in aid of arbitration. The Policy does not exclude the National Labor Relations Board from jurisdiction over disputes covered by the National Labor Relations Act. Similarly, this Policy does not exclude the jurisdiction of the Equal Employment Opportunity Commission (the "EEOC") and/or state and local human rights agencies to investigate alleged violations of the laws enforced by the EEOC and/or these agencies.

This Policy does not require that U.S. Consumer Group institute arbitration, nor is it required to follow the steps of the dispute resolution procedure, before taking disciplinary action of any kind, including termination.[2] However, if an employee disagrees with any such disciplinary action and believes that such action violated his or her legally protected rights, he or she may institute proceedings in accordance with the Policy. The results of the arbitration process are final and binding on the employee and U.S. Consumer Group.

Certain employees or former employees are subject to the arbitration requirements of the National Association of Securities Dealers, Inc. ("NASD") or the New York Stock Exchange, Inc. ("NYSE"). This Policy applies to any such person only to the extent that (i) U.S. Consumer Group waives its right to compel arbitration of such person's claim(s) to NASD or NYSE arbitration, (ii) such person's claim(s) is not eligible for submission to NASD or NYSE arbitration, or (iii) the NASD or NYSE declines to accept such person's claim(s) for arbitration.

**ARBITRATION RULES AND PROCEDURES**

The following rules and procedures are based on, and largely incorporate, the Employment Dispute Resolution Rules ("Rules") of the American Arbitration Association ("AAA"). U.S. Consumer Group has modified and expanded these rules and procedures in certain respects. In particular provisions regarding fees and costs have been modified to provide that many of the costs typically shared by the parties will be borne by the U.S. Consumer Group. In addition, provisions permitting limited discovery have been added to ensure equal access to relevant information.

**1.      Initiation of Arbitration Proceeding**

To initiate arbitration you must send a written demand for arbitration to the Senior Human Resources Officer for the U.S. Consumer Group. The demand must be received by the Senior Human Resources Officer for the U.S. Consumer Group within the time period provided by the statute of limitations applicable to the claim(s) set forth in the demand.

---

[2]     Nothing in this provision shall be construed to negate the mutuality of this agreement to arbitrate, and U.S. Consumer Group explicitly agrees to arbitrate, pursuant to this Policy, any disputed disciplinary action after it has been taken.

The demand shall set forth a statement of the nature of the dispute, including the alleged act or omission at issue; the names of all persons involved in the dispute; the amount in controversy, if any; and the remedy sought. Within thirty (30) calendar days of receiving such demand, or as soon as possible thereafter, the U.S. Consumer Group shall file the demand with the appropriate office of the AAA.

## 2.    Appointment of Neutral Arbitrator

The AAA shall appoint one neutral arbitrator from its Employment Dispute Resolution Roster unless both parties request that a panel of three (3) arbitrators be appointed. If the parties cannot agree upon the number of arbitrators, the AAA shall have the authority to determine the number of arbitrators. In the event a panel of arbitrators is appointed, all decisions of the panel must be by a majority and the use of the word "arbitrator" shall refer to the panel. It is the intent of U.S. Consumer Group that the prospective arbitrators be diverse, experienced, knowledgeable with respect to employment related claims, neutral, and duly qualified to serve as an arbitrator under the AAA's Rules.

The arbitrator shall be appointed in the following manner:

    (a)    Immediately after the filing of the demand, the AAA shall submit to each party an identical list of proposed arbitrators;

    (b)    Each party shall then have ten (10) business days from the mailing date of the list to cross off any two (2) names to which the party objects, number the remaining names in order of preference and return the list to the AAA;

    (c)    If a party does not return the list within the time specified, all persons on the list shall be deemed acceptable to that party; and

    (d)    The AAA shall invite the acceptance of the arbitrators remaining on the list in the order of preference specified by the parties to the extent the order can be reconciled by the AAA.

In the event the parties fail to agree on any of the persons named, or if an acceptable arbitrator is unwilling to act, the AAA shall issue additional lists.

## 3.    Qualifications of Neutral Arbitrator

No person shall serve as a neutral arbitrator in any matter in which that person has any financial or personal interest in the result of the proceeding. Prior to accepting appointment the prospective arbitrator shall disclose any circumstance likely to prevent a prompt hearing or to create a presumption of bias. Upon receipt of such information, the AAA will either replace that person or communicate the information to the parties for comment. Thereafter, the AAA may

disqualify that person and its decision shall be conclusive.    Vacancies shall be filled in accordance with Paragraph 2 above.

**4.    Vacancies**

The AAA is authorized to substitute another arbitrator if a vacancy occurs or if an appointed arbitrator is unable to serve promptly.

**5.    Proceedings**

The hearing shall be conducted by the arbitrator in whatever manner will most expeditiously permit full presentation of evidence and arguments of the parties.    The arbitrator shall set the date, time and place of the hearing, notice of which must be given to the parties by the AAA at least thirty (30) calendar days in advance unless the parties agree otherwise.    In the event the hearing cannot reasonably be completed in one day, the arbitrator will schedule the hearing to be continued on a mutually convenient date.

**6.    Representation**

Any party may be represented by an attorney or other representative (excluding any Company supervisory employee) or by him or herself.    For an employee or former employee without representation, the AAA will, upon request, provide reference to institutions which might offer assistance.

**7.    Confidentiality of and Attendance at Hearing**

The arbitrator shall maintain the confidentiality of the hearings unless the law provides to the contrary.    The arbitrator shall have the authority to exclude witnesses, other than a party, from the hearing during the testimony of any other witness.    The arbitrator shall also have the authority to decide whether any person who is not a witness may attend the hearing.

**8.    Postponement**

The arbitrator for good cause shown may postpone any hearing upon the request of a party or upon the arbitrator's own initiative and shall also grant such postponement when all of the parties agree thereto.

**9.    Oaths**

Before proceeding with the first hearing, each arbitrator may take an oath of office and, if required by law, shall do so.    The arbitrator may require witness to testify under oath administered by any duly qualified person and, if it is required by law or requested by any party, shall do so.

### 10.    **Stenographic Record**

There shall be no stenographic record of these proceedings unless either party requests it. In the event a party requests a stenographic record, that party shall bear the cost of such a record. If both parties request a stenographic record, the cost shall be borne equally by the parties.

### 11.    **Arbitration in the Absence of a Party**

Unless the law provides to the contrary, the arbitration may proceed in the absence of any party or representative who, after due notice fails to be present or fails to obtain a postponement. An award shall not be made solely on the default of a party. The arbitrator shall require the party who is present to submit such evidence as the arbitrator may require for the making of the award.

### 12.    **Discovery**

Each party shall be entitled to propound and serve upon the other party one set of interrogatories (limited to the identification of potential witnesses) and one set of requests for the production of documents in a form consistent with the Federal Rules of Civil Procedure. Upon the request of a party, the arbitrator may order further discovery consistent with the Rules of the AAA and the expedited nature of arbitration.

### 13.    **Pre-Hearing Motions**

The arbitrator shall be authorized to consider and rule upon pre-hearing motions, including dispositive motions.

### 14.    **Evidence**

The arbitrator shall be the judge of the relevance and materiality of the evidence offered, and conformity to legal rules of evidence shall not be necessary.

### 15.    **Evidence by Affidavit and Filing of Documents**

The arbitrator may receive and consider the evidence of witnesses by affidavit, but shall give it only such weight as the arbitrator deems it entitled to after consideration of any objection made to its admission. All documents to be considered by the arbitrator shall be filed at the hearing.

### 16.    **Closing of Hearing**

The arbitrator shall ask whether the parties have any further proof to offer or witnesses to be heard. Upon receiving negative replies, or if satisfied that the record is complete, the arbitrator shall declare the hearing closed and the minutes thereof be recorded.

## 17.    Reopening of Hearing

The hearing may be reopened on the arbitrator's initiative, or upon application of a party for cause shown, at any time before the award is made. The arbitrator may reopen the hearing and shall have fourteen (14) days from the closing of the reopened hearing within which to make an award.

## 18.    Waiver of Procedures

Any party who proceeds with the arbitration after knowledge that any provision or requirement of these procedures has not been complied with, and who fails to state objections thereto in writing, shall be deemed to have waived the right to object.

## 19.    Time of Award

The award shall be made promptly by the arbitrator unless otherwise agreed by the parties or specified by law. The arbitrator shall be instructed to make the award within thirty (30) days of the close of the hearing or as soon as possible thereafter.

## 20.    Award

(a)    Form. The award shall be in writing and shall be signed by the arbitrator. If either party requests, such award shall set forth in summary form the reasons for the award. All awards shall be executed in the manner required by law. The award shall be final and binding upon the employee and U.S. Consumer Group, and judicial review shall be limited as provided by law.

(b)    Scope of Relief. The arbitrator shall be governed by applicable federal, state and/or local law. Furthermore, the arbitrator shall be bound by applicable Company policies and procedures and shall not have the authority to alter or otherwise modify the parties at-will relationship or substitute his or her judgment for the lawful business judgment of Company management. The arbitrator shall have the authority to award compensatory damages and injunctive relief to the extent permitted by applicable law. The arbitrator shall not have the authority to award punitive or exemplary damages or attorneys' fees except where expressly provided by applicable statute (e.g., punitive damages under the Civil Rights Act of 1991). The arbitrator shall not have the authority to make any award that is arbitrary and capricious or to award to U.S. Consumer Group the costs of the arbitration that it is otherwise required to bear under this policy.

21.    **Delivery of Award to Parties**

The parties shall accept as legal delivery of the award the placing of the award or a true copy thereof in the mail addressed to a party or its representative at the last known address via certified mail, return receipt, personal service of the award or the filing of the award in any manner that is permitted by law.

22.    **Enforcement**

The award of the arbitrator may be enforced under the terms of the Federal Arbitration Act (Title 9 U.S.C.) and/or under the law of any state to the maximum extent possible.  If a court determines that the award is not completely enforceable, it shall be enforced and binding on both parties to the maximum extent permitted by law.  If any part of this procedure is held to be void or unenforceable, the remainder of the procedure will be enforceable and any part may be severed from the remainder as appropriate.

23.    **Judicial Proceedings and Exclusion of Liability**

   (a)    Neither the AAA nor any arbitrator in a proceeding under these procedures is a necessary party in judicial proceedings relating to the arbitration.

   (b)    Parties to these procedures shall be deemed to have consented that judgment upon the arbitration award may be entered in any federal or state court having jurisdiction thereof.

24.    **Expenses and Fees**

Unless otherwise precluded by applicable law, expenses and fees shall be allocated as follows:

   (a)    Filing Fees.  U.S. Consumer Group shall pay any filing fee required by the AAA.

   (b)    Hearing Fees and Arbitrator Fees.  U.S. Consumer Group shall pay the hearing fee and arbitrator fee for the hearing.

   (c)    Postponement/Cancellation Fees.  Postponement and cancellation fees shall be payable, at the discretion of the arbitrator, by the party causing the postponement or cancellation.

   (d)    Other Expenses.  The expenses of witnesses shall be paid by the party requiring the presence of such witnesses.  All other ordinary and reasonable expenses of the arbitration including hearing room expenses, travel expenses of the arbitrator, AAA representatives, and any witness produced at the arbitrator's direction, shall be paid completely by U.S. Consumer Group.

(e)    <u>Legal Fees and Expenses</u>. Each side shall pay its own legal fees and expenses subject to Paragraph 20(b) above.

The allocation of expenses as provided for in items (a) through (d) may not be disturbed by the arbitrator except where the arbitrator determines that a party's claims were frivolous or were asserted in bad faith.

## 25.    <u>Serving of Notice</u>

Any notices or process necessary or proper for the initiation or continuation of an arbitration under these procedures; for any court action in connection therewith; or for the entry of judgment on an award made under these procedures may be served on a party by mail addressed to the party or its representative at the last known address or by personal service, in or outside the state where the arbitration is to be held, provided that reasonable opportunity to be heard with regard thereto has been granted to the party. The AAA and the parties may also use facsimile transmission, telex, telegram, or other written forms of electronic communication to give the notices required by these procedures, provided that such notice is confirmed by the telephone or subsequent mailing to all affected parties.

## 26.    <u>Time Period for Arbitration</u>

Any proceeding under this procedure must be brought within the time period provided for within the statute(s) of limitations applicable to the claims asserted by the claimant.

## 27.    <u>Amendment or Termination of Arbitration Policy</u>

U.S. Consumer Group reserves the right to revise, amend, modify or discontinue the Policy at any time in its sole discretion. Such amendments may be made by publishing them in the Employee Handbook or by separate release to employees and shall be effective 30 calendar days after such amendments are provided to employees. Your continuation of employment after receiving such amendments shall be deemed acceptance of the amended terms.

## 28.    <u>Interpretation and Application of Procedure</u>

The arbitrator shall interpret and apply these procedures insofar as they relate to the arbitrator's powers and duties. All other procedures shall be interpreted and applied by the AAA.

# EXHIBIT 3
# PART 1 OF 2

# citigroup

# U.S. Consumer Group

Citibanking North America Commercial Markets
Citibanking North America Retail Distribution
Citibanking Technology Solutions Group
Citicorp Data Systems
CitiFinancial International
CitiMortgage
Consumer Finance
Diners Club
e-Consumer
Sector
The Student Loan Corporation
Travel Payment Services



2002

**WORKING TOGETHER:**

**OUR POLICIES, GUIDELINES,**

**AND EXPECTATIONS**

EMPLOYEE HANDBOOK

# Introduction

This *Employee Handbook* ("Handbook") is your basic source of Human Resources information. It describes the key personnel policies, procedures, and guidelines for the domestic employees in your Citigroup U.S. Consumer Group business (the "Company").

We expect each employee to read this *Handbook* carefully as it is a valuable reference for understanding your responsibilities and the Company's policies. We suggest you keep it at your desk for easy reference. Its purpose is to familiarize you with what the Company expects from you and how you can be most successful in working for the Company. It is difficult to anticipate the almost infinite number of situations that can arise during the employment relationship, and this *Handbook* is not meant to cover every specific instance or operating procedure of your department. Additional operating procedures may be provided by your manager.

To respond to the changing needs of our employees and the Company, the Company reserves the right at any time, to create, amend, supplement, modify, or rescind, in whole or in part, any policy, procedure, benefit, or provision of this *Handbook*, or the *Handbook* itself, as it deems appropriate, with or without notice. In the event of any conflict between the description of employee benefits in this *Handbook*, the Summary Plan Descriptions, or the plan documents, the respective formal plan documents shall govern.

Except for the Employment Arbitration Policy, nothing contained in this *Handbook* (nor the *Handbook* itself) should be considered a contract of employment or constitute a guarantee that your employment will continue for any specified period of time. Bear in mind that your employment with the Company is at will, which means it can be terminated by you or the Company at any time, with or without notice, for no reason or any reason not otherwise prohibited by law.

This *Handbook* supersedes any employee handbooks or Human Resources policies that may have applied to you as an employee of the Company that are inconsistent with and prior to this *Handbook's* distribution. Where state law is more generous than the provisions in this *Handbook*, state law applies.

Because our policies and benefits are constantly under review, you may receive occasional updates on the information in the *Handbook*. It is your responsibility to keep yourself up to date.

If you have any questions about the interpretation or application of any information in this *Handbook*, or if you have a question not answered here, see your manager, Human Resources representative, or Employee Relations.

*Important: This* **Handbook** *contains a provision that requires you to submit employment-related disputes to binding arbitration (see Appendix). Please read that provision carefully. No provision in this* **Handbook** *or elsewhere is intended to constitute a waiver, nor be construed to constitute a waiver, of the Company's right to compel arbitration of employment-related disputes.*

# 2 0 0 2   E M P L O Y E E   H A N D B O O K

## *Receipt Form*

*Complete this form and return it to Human Resources within 30 days of receipt. Failure to do so will not affect the applicability of the* Employee Handbook *or any of its provisions to you.*

I have received the Company's *Employee Handbook* and, in consideration of my continued at-will employment by the Company, I will comply with it and all of the Policies and Procedures of the Company. I have read this *Handbook* carefully, and I understand that I should contact my manager or Human Resources representative with any questions.

I understand that except for the Employment Arbitration Policy, nothing contained in this *Handbook* (nor the *Handbook* itself) is considered a contract of employment or constitutes a guarantee that my employment will continue for any specified period of time and that my employment with the Company is at will, which means it can be terminated by me or the Company at any time, with or without notice, for no reason or any reason not otherwise prohibited by law.

**Important:** I understand that this *Handbook* contains a provision that requires me to submit employment-related disputes to binding arbitration (see Appendix). I have read that provision carefully. I also understand that no provision in this *Handbook* or elsewhere is intended to constitute a waiver, nor be construed to constitute a waiver, of the Company's right to compel arbitration of employment-related disputes.

Signed: _____ Date: _____

Name (please print): _____

Department: _____



# Contents

*Introduction* .................................................... 2

*Terms Used in this Handbook* ........................ 6

*Welcome* ........................................................ 7
About Citigroup ................................................. 7
How you can contribute to our success ............. 7
Our commitment ................................................ 7
Employment at will ............................................ 8
Statement of Business Practice and Principles of Employment .......... 8
   Ethics ........................................................ 8
   Outside activities .......................................... 8
   Confidential and/or proprietary information ........... 9
   Media inquiries ............................................ 9
Getting your concerns addressed ...................... 9
Hotline ............................................................. 9

*Our Work Environment* ............................... 10
Diversity/affirmative action .............................. 10
Equal Employment Opportunity ........................ 10
Discrimination/harassment ............................... 10
Sexual harassment .......................................... 10
Other forms of harassment .............................. 11
Accommodations in the work environment .......... 11

*Compensation, Pay, and
Career Development Policies* ...................... 12
Work hours ..................................................... 12
When we get paid ............................................ 12
Overtime pay ................................................... 12
Shift premium ................................................. 12
Recording work hours ...................................... 12
Compensation .................................................. 12
Merit increases ................................................ 13
Variable compensation ..................................... 13
Career development ......................................... 13
Performance appraisal ..................................... 13
Internal transfer ............................................. 13

*Benefits* ...................................................... 14
Health and welfare benefits ............................. 14
   Medical and dental coverage .......................... 14
   Vision care coverage .................................... 14
   Flexible spending accounts ............................ 14
   Transportation Reimbursement Incentive Program (TRIP) ........ 14
   Disability and life insurance ........................... 14
Other benefits .................................................. 15
   Citigroup Pension Plan .................................. 15
   Citigroup 401(k) Plan .................................... 15
   Citigroup Ownership Program .......................... 15
   Scholarship program for employees' children ...... 15
   Tuition assistance ......................................... 15
   Volunteer Incentive Program ........................... 16
   Employee Assistance Program (EAP)/LifeWorks ..... 16
Changes in benefits coverage ........................... 17
Changes in beneficiary designations .................. 17

*Time-Off Policies* ....................................... 18
Holidays .......................................................... 18
Vacation .......................................................... 18
Mandatory absence policy ................................ 18
Family and medical leave policy ........................ 19
Other leaves .................................................... 19
   Paid Adoption Leave ...................................... 19
   Voting ........................................................ 19
   Jury duty .................................................... 19
   Bereavement leave ....................................... 19
   Personal time .............................................. 20
   Religious observance .................................... 20
   Short-term leave .......................................... 20
   Long-term leave ........................................... 20
   Emergency leave .......................................... 20
   Military leave .............................................. 21
   Military training leave ................................... 21
   Workers' Compensation .................................. 21
   Sick time .................................................... 21
   Dependent sick time ...................................... 21
   Short- and Long-Term Disability ...................... 22

*Performance Management Policies
and Programs* ............................................ 23
Personal Code of Conduct ................................. 23
Absence and lateness ...................................... 23
Counseling and corrective action ...................... 24

*Employment Practices* ................................ 25
Workplace safety/violence in the workplace ........ 25
Employee responsibilities ................................. 25
Personal property ............................................ 25
Solicitation/distribution ................................... 25
Telephone and electronic communications policy .... 25
Tape recording ................................................ 26
Criminal record checks ..................................... 26
Pre-employment and random drug testing and health evaluations ..... 27
Substance abuse .............................................. 27
Corporate credit cards ..................................... 27
Personnel files ................................................ 27
Employment of relatives ................................... 28
Consensual relationships .................................. 28
Dress and appearance ...................................... 28
Smoke-free workplace ...................................... 28

*If You Leave the Company* ........................... 29
Voluntary resignations ..................................... 29
Retirement ...................................................... 29
Work force reductions ...................................... 29
References/referrals ........................................ 30

*Appendix* .................................................... 31
A. Principles of Employment ............................. 31
B. Dispute Resolution Policy and Procedures ....... 33
C. Employment Arbitration Policy ...................... 35
D. Family and Medical Leave Policy .................... 41
E. Summary Plan Description – Separation Pay Plan .... 46
F. Paid Military Leave of Absence Policy .............. 51

# Terms Used in this Handbook

**Employee:** *An employee whose compensation is reported on an Internal Revenue Service (IRS) Form W-2 issued by the Company.*

*Depending on work schedules, employees are classified as either regular full-time, regular part-time, temporary full-time, or temporary part-time. Employment classifications determine if an employee is eligible for Company benefits and certain policy provisions.*

**Regular full-time employees** *work 40 hours a week and are employed to work in a job that is expected to last longer than six months.*

**Regular part-time employees** *work a minimum of 20 hours but less than a full-time schedule and are employed to work in a job that is expected to last longer than six months.*

**Temporary full-time employees** *work a full-time schedule for an assignment of limited duration that is expected to last less than six months.*

**Temporary part-time employees** *either work less than 20 hours a week or work less than a full-time schedule for an assignment of limited duration that is expected to last less than six months*

*Employees are classified as* **exempt or non-exempt**. **Non-exempt employees** *are eligible for overtime pay.*

*An employee is considered* **active** *while at work; on paid time off, such as vacation and holiday time; on approved, unpaid absences of four continuous weeks or less; during the first 13 weeks of disability/sick time or child care leave; and during the notice period if the employee's job has been eliminated to the extent the employee remains at work.*

*Welcome*

## ABOUT CITIGROUP

Citigroup is a premier global financial services company, providing some 130 million customers, corporations, governments, and institutions in more than 100 countries and territories with a broad range of financial products and services, including consumer banking and credit, corporate and investment banking, insurance, securities brokerage, and asset management.

Citigroup is composed of four distinct business divisions:

■ Citigroup Corporate and Investment Bank;

■ Global Consumer Group;

■ Emerging Markets; and

■ Citigroup Asset Management and Private Banking Group.

## HOW YOU CAN CONTRIBUTE TO OUR SUCCESS

To reach our goal of being the finest financial services institution in the world, we all have to work together to find ways to perform our jobs better and more efficiently. We hope you'll be an active participant in that process and that you'll contribute significantly. We expect that you'll:

■ Strive for superior performance to increase shareholder value;

■ Continually search for ways to increase your contributions toward achieving the Company's goals;

■ Develop the skills and knowledge you need for your present job and for growth within the Company;

■ Accept responsibility for everything you do and for which you're accountable;

■ Promote a positive image for the Company whenever you deal with customers, the community at large, and your coworkers;

■ Cooperate with your coworkers to achieve the Company's goals;

■ Communicate effectively and openly with coworkers at all levels; and

■ Abide by, and support, the Company's policies.

## OUR COMMITMENT

**The Company is committed to being the employer of choice for all who seek a career opportunity in the financial services industry.**
We are committed to building a work force that is representative of our customer base, and we recognize the opportunity that diversity provides in our business strategies.

Our commitment to diversity, competitive employee compensation and benefits plans, a progressive commitment to work/life balance, career development programs, and the Company's emphasis on creating a meritocracy are designed to help us be the employer of choice.

**We will not tolerate workplace harassment, unlawful discrimination, or retaliation of any kind.**
The Company recognizes and values the diversity of our work force. We want to create an environment that works for all employees, and, as such, we expect and promote a respectful and professional work environment. The Company has strong, clear policies, workplace training, and employee hotlines to handle complaints.

**We pledge as corporate citizens to devote time, experience, and resources to the communities we serve globally.**
The Company is committed to being an integral part of the communities in which we do business. We promote worthwhile causes through the Citigroup Foundation and community action programs. Employees contribute their time and energy through many

volunteer efforts that positively impact the communities where they live and work.

**At all times, we deliver the most professional service to customers.**
Everything we do is executed to the best of our ability.

**All our efforts are focused on delivering the best possible operating results to our stockholders.**
Maintaining the highest levels of performance and integrity for both our customers and employees will be reflected in the value of our stock.

## EMPLOYMENT AT WILL

We believe that the employment relationship will be one of mutual satisfaction and benefit to you and the Company. However, other than the Employment Arbitration Policy, nothing contained in this *Handbook* (or the *Handbook* itself) should be considered a contract of employment or constitute a guarantee that your employment will continue for any specified period of time.

Notwithstanding any statements in this *Handbook* or elsewhere, employment at the Company is always at will, which affords you and/or the Company the right to terminate the employment relationship at any time, with or without cause, for no reason or any reason not otherwise prohibited by law.

Since you're hired at will, the Company is free to change your working conditions according to business needs and in its discretion. Except where expressly authorized, no manager or other employee has the authority to make a commitment of guaranteed or continued employment to you, and no Company publication should be understood to make such a commitment.

Additionally, the terms and conditions of employment including compensation, benefits, and privileges, can be changed or terminated without any reason and without notice at the Company's discretion.

## STATEMENT OF BUSINESS PRACTICES AND PRINCIPLES OF EMPLOYMENT

The *Statement of Business Practices* and "Principles of Employment" are guidelines that help further explain the policies and procedures that you agree to be bound by as an employee of the Company. All employees are expected to read and follow the *Statement of Business Practices.* If you have not received a copy, please contact your Human Resources representative, or you can obtain a copy at: http://www.citigroup.net/sobp/; the "Principles of Employment" are found in the Appendix of this *Handbook.*

Many policies in this *Handbook,* including in particular the following, are described in more detail in the *Statement of Business Practices* and/or "Principles of Employment."

### Ethics

We maintain an exceptionally high standard of business ethics. We conduct our business in a proper and legal manner and expect you to do the same. In most instances, the right course of action is apparent, and we expect you to follow it. However, if you ever have even the slightest doubt as to what is proper, you should seek advice from your manager, a Human Resources representative, or your business's legal counsel.

You must avoid situations where personal interests may conflict or appear to conflict with the interests of the Company or its customers, even if there's no direct personal gain. If you have questions or ethical concerns about gift giving, customer/supplier relationships, purchasing, or entertainment, see the *Statement of Business Practices* or your manager.

### Outside activities

You must obtain written consent from the Company before engaging in any other businesses; accepting employment or compensation from any other person; or serving as an officer, director, partner, or employee of another business or organization. If you have any concerns about outside employment, see the

*Statement of Business Practices* or seek advice from your manager, Human Resources representative, or your business's legal counsel.

### Confidential and/or proprietary information

You may create, discover, or receive proprietary and/or confidential information during your employment with the Company. You have an obligation to safeguard confidential information, whether generated internally or acquired from other sources, and to use it only in the performance of your employment responsibilities. You should assume that all non-public or unpublished information is confidential.

Examples of confidential information include, but are not limited to, any system, information, or process that gives us a competitive advantage; information about our operations, business plans, processes, and customer relationships; employee information; information about customers, suppliers, and distributors; and information about our technology systems and products.

If you have questions, see the *Statement of Business Practices,* your manager, or your business's legal counsel.

### Media inquiries

The Company's Public Affairs or Communications department is responsible for dealing directly with the media (which includes any national or local newspapers, magazines, journalists, authors, and radio and television stations). Should representatives from the media contact you, promptly refer all inquiries to the Public Affairs or Communications department.

## GETTING YOUR CONCERNS ADDRESSED

The Company recognizes that misunderstandings or conflicts can arise in the course of daily business relationships. Most of these situations are remedied through discussions with your manager. In the event this does not resolve the issue, the Company has established a Dispute Resolution Procedure to

address these problems with someone other than your immediate manager.

The Dispute Resolution Procedure is a multistep process designed to resolve employment-related concerns. It's arranged in a logical sequence, and you must complete each step before proceeding to the next. At each step, the next level of management and Human Resources reviews your situation. The situation is considered resolved when you accept a decision.

If your dispute is still not resolved after the last step, and your dispute is based on a legally protected right, you're entitled to request external arbitration according to our Employment Arbitration Policy.

You'll find the full text of the Dispute Resolution Procedure and Employment Arbitration Policy in the Appendix of this *Handbook.*

## HOTLINE

There may be times when you have employment-related, ethical, or other concerns regarding actions taken or decisions made by people in the organization. Refer these to:

- The employee hotline for Citibanking North America employees at 866-427-1686 or
- The Citigroup Employee Relations Hotline for all other employees at 718-248-4096.

Calls may be made anonymously. The Company is committed to promptly investigating and taking appropriate remedial action. All calls will be handled as confidentially as possible. Retaliation against employees for raising these concerns will not be tolerated.

# *Our Work Environment*

## DIVERSITY/AFFIRMATIVE ACTION

We believe that a diverse work force best serves the interests of our employees and our customers. Access to a diverse talent pool and multicultural markets makes us a stronger Company. Employees from all backgrounds should believe that opportunities for professional development and advancement are available in our work environment. Our customers also want to see themselves represented in the Company's work force and management team.

To further this commitment, the Company maintains affirmative action programs. These programs involve monitoring work force representation, employment programs and policies, and making good faith efforts to promote the letter and spirit of the law.

## EQUAL EMPLOYMENT OPPORTUNITY

The Company is an Equal Opportunity Employer and is committed to the principles of equal employment opportunity for all employees and applicants for employment. Employment decisions will be made without regard to race, color, religion, sex, national origin, citizenship, age, sexual orientation, disability, marital status, veteran status, or any other basis prohibited by law. Our policy of equal employment opportunity extends to every phase of the employment relationship.

## DISCRIMINATION/HARASSMENT

The Company is committed to providing a work environment free of discrimination and/or harassment. We prohibit discrimination/harassment in the workplace, whether committed by or against managers, coworkers, customers, vendors, or visitors. We want you to work and develop in an environment that is respectful and productive.

Workplace discrimination or harassment based on an employee's race, color, religion, sex, national origin, citizenship, age, sexual orientation, disability, marital status, veteran status, or any other basis prohibited by law, will not be tolerated. Any claims of discrimination or harassment will be investigated promptly, and appropriate disciplinary action will be taken to eliminate any inappropriate behavior.

Creating a discrimination/harassment-free work environment is every employee's responsibility. Retaliation against employees for raising claims of discrimination or harassment will not be tolerated.

## SEXUAL HARASSMENT

Sexual harassment has been defined as unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature that:

- Is made either explicitly or implicitly a term or condition of employment; or
- Is used as the basis for employment decisions affecting such an individual; or
- Has the purpose or effect of substantially interfering with an individual's work performance and of creating an intimidating, hostile, or offensive work environment.

The Company prohibits inappropriate conduct that is sexual in nature at work, on Company business, or at Company-sponsored events including the following:

- Comments, jokes, or degrading language or behavior that is sexual in nature;
- Sexually suggestive objects, books, magazines, photographs, cartoons, pictures, calendars, posters, electronic communications, or other material;
- Unwelcome sexual advances, requests for sexual favors, or any sexual touching;
- Offering favorable terms or conditions of employment or benefits in exchange for sexual favors or threatening or imposing less-favorable terms or conditions of employment if sexual favors are refused.

Sexual harassment is prohibited whether it's between members of the opposite sex or members of the same sex.

## OTHER FORMS OF HARASSMENT

The principles and prohibitions described in this policy also apply to harassment based on race, color, religion, sex, national origin, citizenship, age, sexual orientation, disability, marital status, veteran status, or any other basis prohibited by law.

The Company prohibits inappropriate conduct based on any of the above characteristics at work, on Company business, or at Company-sponsored events including the following:

- Comments, jokes, or other degrading or offensive language (such as inappropriate touching or racial slurs or epithets) and

- Objects, books, magazines, photographs, cartoons, pictures, calendars, posters, electronic communications, or other materials that may be offensive to individuals in a particular group.

### How to raise a complaint

If you receive a complaint or observe or believe you're a victim of discrimination, sexual harassment or any other form of harassment at work, on Company business, or at any Company-sponsored function, you must immediately report it to one of the following:

- Your manager or another manager in your management chain;

- Human Resources;

- The employee hotline numbers, which are:

  – The employee hotline for Citibanking North America employees at 866-427-1686; or

  – The Citigroup Employee Relations Hotline for all other employees at 718-248-4096.

All complaints are treated with sensitivity and are kept as confidential as possible.

You're not required to report your complaint to anyone who is the subject of it. For example, if your complaint concerns your manager, you can talk to someone in Human Resources. However, if anyone at work, on Company business, or at any Company-sponsored function engages in conduct that makes you feel uncomfortable, we encourage you to tell that person that the conduct is unwelcome, that you find it offensive, and that you request that it stop immediately.

Human Resources will promptly investigate complaints of discrimination and/or harassment. You must cooperate fully in such investigations. If warranted, the Company will take appropriate corrective action, up to and including termination of employment.

The Company prohibits any form of retaliation against you for making a report of discrimination or harassment or participating in the investigation of a complaint of discrimination or harassment. If you believe you have been subjected to retaliation, you can use any of the resources described above to report your concerns.

## ACCOMMODATIONS IN THE WORK ENVIRONMENT

The Company recognizes that some individuals with disabilities may require reasonable accommodations in their work environment or need these accommodations to perform their job requirements. We do not tolerate discrimination against qualified individuals with disabilities in any aspect of their employment.

If you have a disability or become disabled during your employment, you can contact a Human Resources representative or your manager to discuss reasonable accommodations and the process for obtaining an accommodation.

This procedure is voluntary and confidential. All information that you provide to the Company about your disability will be held in confidence and will not be disclosed to anyone without your permission, except when necessary to accommodate your disability or when required by law, legal process, and/or the safety of the workplace.

11

# Compensation, Pay, and Career Development Policies

## WORK HOURS

### Full-time employees

The core workweek schedule for all regular full-time non-exempt employees is 40 hours per week, excluding lunch or mealtime. Your manager will discuss scheduling options to determine appropriate work hours, taking into consideration business and any special needs, such as child or dependent care, commute time, other personal obligations, etc.

Exempt employees are expected to work as long as necessary to complete their job responsibilities.

Additionally, workdays and hours may vary according to the requirements of your department and/or geographic location.

### Part-time employees

If you're a regular part-time employee, your work hours and schedule will be arranged by your manager.

## WHEN WE GET PAID

You're paid twice a month: On the 15th and last business day of the month. If the 15th is on a weekend or a U.S. holiday, you'll be paid on the last business day before the 15th.

You may have your pay deposited electronically to a bank account for easy access to your funds on payday.

## OVERTIME PAY

Overtime policies depend on whether your job is classified as "exempt" or "non-exempt." Non-exempt employees may be required to work overtime. While your manager will try to provide reasonable notice when the need for overtime work arises, keep in mind that notice may not always be possible. If you're a non-exempt employee, your manager must approve overtime in advance.

According to federal law, a non-exempt employee must be compensated for overtime work at one and one-half times the regular hourly rate of pay for all hours worked beyond the 40th hour in a workweek.

Certain states have additional overtime requirements.

Exempt employees are not eligible for overtime pay.

If you have questions regarding payment of overtime, talk to your manager or your Human Resources representative.

## SHIFT PREMIUM

You may receive a premium for working off-hour shifts. Your business determines if an off-hour premium is provided, the amount of the premium, and the definition of an off-hour shift.

## RECORDING WORK HOURS

Non-exempt employees are required to record time worked on a daily basis. Your manager will provide instructions for completing a time sheet on paper or online.

Exempt employees may be required to complete a time sheet when they have absences to report.

You're responsible for accurately recording hours worked and leave taken. Falsification of time records is considered a violation of Company policy and is grounds for immediate termination of employment.

## COMPENSATION

The Company's compensation policy is designed to attract, retain, and motivate highly competent employees through competitive compensation programs and practices. Your individual performance, as well as the Company's overall performance, will have an effect on your compensation.

## MERIT INCREASES

The Company aims to pay competitive salaries that recognize individual and team performance. Starting salaries vary depending on numerous factors that can include competitive market data, experience, and education. Each employee is reviewed for merit increase consideration, based on performance that meets or exceeds expectations, on a periodic basis.

## VARIABLE COMPENSATION

If business conditions permit and depending on performance, the Company may pay "variable compensation" to select employees. Variable compensation, such as a bonus, recognizes and rewards you for performance, for exceeding annual goals, for extraordinary efforts, and for positive business results. The Company reserves the right to award bonuses in a form other than cash including, for example, a contingent, deferred, or restricted stock grant. Variable compensation is not automatically awarded from year to year and is determined at management's sole and exclusive discretion.

To be eligible for consideration for a bonus, you must be at work, on paid time off, on an approved leave of absence (and within any applicable job return period), or in the notice period of job discontinuance as of December 31. If you meet these requirements as of December 31, but give notice of resignation, resign, or are terminated for reasons other than job discontinuance before receiving official written notification of a bonus, you won't be eligible to receive a bonus. Bonuses will not be pro-rated for employees who terminate prior to the payment date.

## CAREER DEVELOPMENT

Career development is an integral part of the Company's philosophy. It's your responsibility to make your manager aware of your career objectives. Your manager can assist you in developing your skills through a variety of resources, such as training, coaching, and mentoring. The Company offers several in-house programs designed to improve employees' skills and meet the Company's needs.

Eligibility to attend in-house programs depends on several factors including your position, job performance, and manager's recommendation.

## PERFORMANCE APPRAISAL

The Company is committed to developing and recognizing excellence in employees. To demonstrate this commitment, our performance appraisal system allows managers and employees to mutually review individual performance.

## INTERNAL TRANSFER

To be eligible to apply for an internal job opening, you must meet the following qualification guidelines:

- You must be in your current position for a minimum of one year;

- You must be evaluated as meeting expectations or above on your most recent performance review, and you must be in good standing (not on corrective action) in terms of overall work performance and attendance; and

- You must meet the minimum job requirements of the posted position.

In certain instances, the time-in-position requirements may be waived.

You're responsible for completing the Internal Staffing Application for Transfer form in its entirety and forwarding it to Human Resources. Incomplete forms may be returned, which could impede your application process.

# *Benefits*

Your benefits are an important part of your total compensation. If eligible, you can participate in these programs. If you're unsure of the eligibility requirements as explained in the benefits materials, ask your Human Resources representative if you're eligible.

No general explanation can adequately give you all the details of these programs. This general explanation is intended to be a quick reference only and does not change, expand, or otherwise interpret the terms of the plans or programs described below.

## HEALTH AND WELFARE BENEFITS

Below is an overview of benefits for eligible employees, their spouses and children, and to unmarried domestic partners of the same or opposite sex and the child(ren) of domestic partners. See your enrollment book for eligibility information and plan provisions.

Contributions for medical, dental, vision care coverage, and spending accounts are taken from your pay before taxes are withheld.

### Medical and dental coverage

Everyone needs some benefit protection, but everyone's needs are different. You're offered a choice of several medical options, including point of service (POS) plans, health maintenance organizations (HMOs), and two dental plans.

### Vision care coverage

A Vision Care Plan is also available to employees and their eligible dependents. This plan offers a variety of vision care services and supplies. You do not have to be enrolled in this plan to enroll your eligible dependents.

### Flexible spending accounts (FSAs)

FSAs allow you to set aside pretax money each pay period to reimburse yourself for eligible health care expenses through the Health Care Spending Account and child/elder care expenses through the Dependent Care Spending Account (DCSA).

In addition, the Company offers a DCSA subsidy to eligible employees who enroll in the account.

### Transportation Reimbursement Incentive Program (TRIP)

TRIP is a spending account program that allows you to set aside pretax dollars to reimburse yourself for the cost of qualified public transportation and parking expenses incurred so you can commute to and from work.

Contributions are deducted before federal income and Social Security taxes and, in most locations, state and local taxes are withheld.

For more information on TRIP or to see if your business offers this program, you can call the Company's TRIP Information Line at 1-800-378-1823.

### Disability and life insurance

Short-Term Disability (STD) and basic life insurance/accidental death and dismemberment (AD&D) insurance and business travel accident insurance coverage are "core benefits" provided by the Company at no cost to you.

The STD benefit continues between 60% and 100% of your annual base salary (or total compensation if you're paid on commissions) for up to 13 weeks of an approved disability depending on your length of service. In addition, if your total compensation is less than or equal to $50,000, you receive Long-Term Disability (LTD) coverage equal to 60% of your total compensation as a core benefit. If your total compensation is $50,001 and above you can buy LTD coverage.

You can buy Group Universal Life/AD&D insurance.

## OTHER BENEFITS

### Citigroup Pension Plan
Citigroup funds a pension plan for eligible employees. You're vested in the plan after five years of service. You do not contribute toward the plan.

When you begin participating in the plan, the Company will set up a "hypothetical" account in your name to record the accumulation of benefits. For each year you're eligible to participate, the Company will credit your account with a contribution as well as interest.

### Citigroup 401(k) Plan
The Citigroup 401(k) Plan allows you to save pretax dollars to accumulate retirement income. If eligible, the Company will help you save for your future by matching your contributions to the plan. You can roll over funds from a previous employer's qualified plan. The money you save, and any earnings, grow on a tax-deferred basis. This means you won't pay taxes on your contributions or earnings until you withdraw them.

### Citigroup Ownership Program
Citigroup considers employee stock ownership a key to its success. The Citigroup Ownership Program is designed to make stock ownership available to eligible employees with total compensation of $100,000 or less.

The Company will award eligible employees an option to purchase shares of Citigroup common stock equal to 10% of their eligible pay (up to $50,000).

### Scholarship program for employees' children
If you're a parent of a high school senior and you want to apply for a Citibank Employees Foundation scholarship, you can obtain information and scholarship applications from September 1 through November 30 for scholarships to be used the following fall. There are a limited number of scholarships, and they will be awarded on a competitive basis. You can obtain a brochure and application form during the same three-month period by faxing your request to the Citibank Employees Foundation at 718-248-2770.

### Tuition assistance
If you're pursuing an undergraduate degree or a business-related graduate degree, you may be able to be reimbursed for part of your tuition and some related fees. Regular full-time employees can receive the lesser of 80%, or $5,000 per year, and regular part-time employees the lesser of 80%, or $3,000 per year, for qualifying expenses.

Reimbursement is based on actual costs. You're reimbursed after successfully completing approved courses at accredited colleges and universities. You must apply before enrolling in a course. Graduate courses are taxable under IRS guidelines. For Form 406-Tuition Reimbursement Policy, Procedures, and Application, go to http://www.citigroup.net/human_resources/form.html

**Volunteer Incentive Program**

Volunteering your time to help others calls for dedication and a certain amount of self-sacrifice. Because we believe in the importance of your role as a volunteer in your community, the Volunteer Incentive Program (VIP) is offered.

If you're an active, full-time employee with at least three months of service, you can apply for one grant per calendar year. To qualify, you must complete 50 hours of service with an eligible non-profit organization during a 12-month period. The Citigroup Foundation will award a $500 grant to the organization that benefits from your service.

For further information on VIP or for a grant application, call 1-866-545-9207 or send an email to citigroup@matchgift.com.

**Employee Assistance (EAP) and LifeWorks\* Programs**

We recognize that the demands of our business and the pressures outside of work can sometimes make things difficult. As a result, we offer you and your family free personal assistance through the EAP and LifeWorks program.

EAP and LifeWorks are designed to complement each other. While LifeWorks focuses on alleviating the pressures of managing everyday work and personal/family responsibilities, the EAP is your resource for help in coping with the more complex personal and interpersonal concerns that arise in your life, both at work and outside.

These concerns may include anything from conflict with a work colleague, spouse, or dependents to managing stress, anxiety, and depression to your own substance abuse or that of a family member.

If you're not sure which resource to call, call either toll-free number 24 hours a day, seven days a week, and you'll be directed to the appropriate resource.

**Employee Assistance Program (EAP)**

The EAP is a confidential, professional counseling service to help you and your family with issues that affect your personal lives or interfere with job performance.

When you or an immediate family member calls the EAP, you'll speak with a professional counselor who'll listen to your concerns and refer you to an appropriate EAP counselor in your community. You can attend up to three counseling sessions at no cost. If you require additional counseling, you'll be responsible for any fees.

Check your medical coverage to find out whether additional treatment will be reimbursed. For more information, call 1-800-952-1245. For TTY access, call 1-800-256-1604.

**LifeWorks**

The LifeWorks program provides you with ways to deal with the questions and issues you face as a working parent, as a caregiver to an older relative, or as you try to manage your own work and personal responsibilities. LifeWorks offers personal consultation, resources, and advice.

**You can receive:**
- Personalized, confidential consultation from a work-life expert to help you clarify your issue, sort through your options, and contact the most effective and affordable resource;

- Individualized referrals to resources in your community; and

- Free booklets, audio tapes, and tip sheets on a variety of subjects.

For more information, call 1-800-635-0606 (voice and TTY).

## CHANGES IN BENEFITS COVERAGE

You can change your benefits coverage during the annual open enrollment period for the following year or as the result of a qualified status change. To change coverage as a result of a status change, call ConnectOne at 1-800-881-3938. From the main menu, choose the health benefits option and follow the prompts for status changes or to speak with a representative.

You also may be able to change your coverage on your business's Intranet Web site.

## CHANGES IN BENEFICIARY DESIGNATIONS

You must request in writing any changes to your beneficiary designations. For information about the beneficiary forms available for your business, call ConnectOne at 1-800-881-3938. From the main menu, choose the appropriate option:

- Health benefits option for information on the life/accidental death and dismemberment beneficiary form;

- Pension option for information on the Citigroup Pension Plan Beneficiary Designation Form; and

- 401(k) plan option for information on the Citigroup 401(k) Plan Beneficiary Designation Form.

# *Time-Off Policies*

## HOLIDAYS

Each year the Company will announce its holiday schedule and floating holidays.

## VACATION

Vacation time is based on employment status, level, and years of service with the Company. New employees may not schedule vacation time until they have completed 90 days of employment. All vacation time is subject to your manager's prior approval. Vacation time is based on your years of service as follows:

| Length of service | Level T*<br>and above | Levels Q-S* | Below<br>Level Q* |
|---|---|---|---|
| 1-4 years | 4 weeks | 3 weeks | 2 weeks |
| 5-14 years | 4 weeks | 4 weeks | 3 weeks |
| 15+ years | 4 weeks | 4 weeks | 4 weeks |
| 25+ years | 5 weeks | 5 weeks | 5 weeks |

*\* If your business does not use these levels, please contact your Human Resources representative for your vacation eligibility.*

You receive a long-service recognition of one additional vacation week in the years you celebrate your 20th, 30th, 35th, 40th, 45th, or 50th employment anniversary.

Vacation eligibility is based on your adjusted service date. Vacation time for new hires is pro-rated and is determined by the month in which you were hired.

The adjusted service date credits prior service when an employee is re-employed. The adjusted service date is calculated on an anniversary-year basis beginning the first day of initial employment and on subsequent employment anniversaries.

**Carryover vacation**
Vacation time for the year should be taken within the same calendar year. If unusual circumstances prevent this, you can carry over vacation time as follows:

- If you have fewer than three weeks of vacation, you can carry over a maximum of one week into the first quarter of the following year.

- If you have at least three weeks of vacation, you can carry over a maximum of two weeks into the first quarter of the following year.

All carryover vacation must be taken no later than March 31 of the following year or it will be forfeited.

Where state law is more generous, state law applies.

**Payment of vacation**
Upon termination, you'll be paid a pro-rated share of vacation time earned but unused for the year.

## MANDATORY ABSENCE POLICY

To comply with a Federal Reserve requirement, there's a mandatory absence policy for all Company employees who are deemed to work in "sensitive" positions. (This policy is not applicable to employee positions functionally regulated by the Securities and Exchange Commission and state insurance regulators.)

The policy requires that if you're deemed to be in a sensitive position and are eligible for three or more weeks of vacation annually, you must be absent from your position for two consecutive weeks each calendar year.

If you're deemed to be in a sensitive position and are eligible for two weeks of vacation annually, you must be absent at least one week during each calendar year. You may substitute or combine with your vacation other time off or time away from the office, such as military leave, jury duty, offsite training, leaves of absence, rotation to different positions, or holidays, to meet this requirement.

If you have questions about whether this policy applies to you, contact your manager or Human Resources representative.

# FAMILY AND MEDICAL LEAVE POLICY

The Company recognizes that events like pregnancy, adoption, birth of a child, or your or your family member's serious health condition may require you to take time off from your job. The Company has policies to help you meet these needs.

The full Family and Medical Leave (FML) policy is printed in the Appendix of this *Handbook*.

# OTHER LEAVES

## Paid Adoption Leave (PAL)

If eligible, you can receive benefits equal to 100% or 60% of your base pay for up to eight weeks, based on your years of service with the Company. To qualify for PAL, you must certify that you'll be the primary parental child-care provider during the leave and/or that a leave is necessary to complete the adoption process. If you have questions, contact your Human Resources representative.

**Pay for adoption leave of absence**

| Years of service | Weeks at 100% pay | Weeks at 60% pay | Total weeks |
|---|---|---|---|
| 6 months – 1 year | 2 | 0 | 2 |
| After 1 year | 2 | 2 | 4 |
| After 2 years | 4 | 2 | 6 |
| After 3 years | 6 | 2 | 8 |
| 4+ years | 8 | 0 | 8 |

Leave taken under this policy counts toward leave required under the Family and Medical Leave Act or any applicable state law and under our FML policy.

## *Eligibility*

You may apply for leave under this policy if you have at least six months of service with the Company.

## Adoption assistance

You may also be eligible for reimbursement of 80% of eligible expenses up to a maximum benefit of $3,000 related to the adoption of a child legally placed in your home. Eligible expenses include legal and court fees, public and private agency fees, foreign adoption fees, and the cost of temporary foster care.

The following expenses are not reimbursable: Expenses to adopt a person 18 years of age or older; costs when an adopting parent is the natural or step-parent, grandparent, step-grandparent, or any other relative of the child being adopted; and costs associated with legal guardianship. If you have any questions or need more information, contact your Human Resources representative.

## Voting

Generally, you're expected to vote before or after working hours. In the event of extenuating circumstances, you can ask your manager for time off during the workday to vote, as per state law.

## Jury duty

You'll be granted time off from work to serve on a jury. Should business needs dictate, the Company may ask that you request a postponement of jury duty. In addition, when court is not in session or your attendance is not required, you must report to work. You'll receive your regular salary plus you may keep any amounts paid by the court for jury service.

## Bereavement leave

If there's a death in your family, you may be eligible for paid bereavement leave. The Company allows up to five consecutive business days of paid bereavement leave for the death of a member of your immediate family. Your manager may approve additional paid or unpaid time off. Upon the death of any other relative, time off may be granted at the discretion of your manager.

An immediate family member is defined as your spouse or domestic partner or your spouse's/domestic partner's parent, child, sibling, grandparent, grandchild, legal guardian, or ward.

## Personal time

You're provided with paid personal time based on your employment classification and the number of hours in your regularly scheduled workweek. If you're a regular full-time employee, you can take two days of paid personal time a year; regular part-time employees can take one day.

To be paid for personal time, you must be at work, or on a paid excused absence, the workday immediately before or after the personal time off. Scheduling is subject to business needs and management approval.

## Religious observance

Your manager will make a reasonable effort to adjust work schedules, if necessary, to accommodate your religious observances, and you may be granted up to 10 unpaid days off (or, for non-exempt employees, the equivalent in hours) a year. Of course, you may use any available paid time off, such as personal or vacation time, for this purpose.

Unless circumstances make it impossible, you should notify your manager in advance of the need to take time off for religious observances.

## Short-term leave

If you're a regular full- or part-time employee, you may be eligible for an unpaid short-term leave of absence for a maximum of four weeks for important personal reasons including leave to care for someone not covered by our FML policy or in preparation for an anticipated period of disability, such as childbirth or surgery.

You can return to your same or equivalent job if you return from leave at the end of four weeks. Participation in benefit plans continues during the leave; you must arrange to pay for the benefits that are deducted from your pay. Both your manager and Human Resources must approve short-term leaves of absence for personal reasons.

For anticipated disability leaves, you should notify your manager of the expected start date of the disability. You must provide all information concerning your disability leave to the Company's disability administrator, which will notify you directly if your request has been approved.

Personal leaves of more than four weeks are considered long-term leaves and do not offer any job return at the end of the leave.

## Long-term leave

As a regular full- or part-time employee, you may be eligible for a long-term leave, which must be approved by your manager, the next level of management, and Human Resources. Educational leaves may be granted up to a maximum of four years and must be reviewed and approved by your manager at the end of each one-year increment.

There's no job return provision for long-term leaves unless the leave is granted for one term of elected or appointed public office or is a military leave of absence.

If you want to return to work at the Company at the end of a long-term leave, apply to the local internal staffing office or Human Resources at least 30 days before your leave ends. If you have not been placed in a job by the end of your leave, your employment will be terminated.

## Emergency leave

If you're a regular full- or part-time employee, you may be eligible to receive paid time each year to deal with emergencies. Examples include, but are not limited to, death outside the immediate family, a health emergency

in the immediate family, or serious property damage requiring your absence from work.

Your manager will consider the nature and circumstances of the emergency to determine the specific amount of time to be granted.

In most cases, emergency time does not exceed three days (or, for non-exempts, its equivalent in hours) per occurrence.

**Military leave**
The Company provides paid military leave if you serve in the uniformed services. You can find the Military Leave Policy in the Appendix of this *Handbook*.

**Military training leave**
To fulfill military commitments, some employees must take part in annual military training with the National Guard or Reserves. If you do, you're granted up to two weeks of paid time off, less military pay offset.

Prior to the leave, you must provide written notice of the military training obligation to your manager and Human Resources. When you return, you must also provide a copy of your military pay statement to your manager and Human Resources representative.

**Workers' Compensation**
It's the Company's policy to ensure that any injured employee receives all benefits due. The Company pays the full cost of Workers' Compensation and unemployment insurance and shares Social Security costs with you. If you become injured on the job, notify your manager immediately.

**Sick time**
If you're an active, regular full-time employee, you're eligible for 12 days of sick leave each year. If you're an active regular part-time employee, you're eligible for paid sick time based on your regularly scheduled workweek.

Sick days are granted on January 1 of each year. Employees hired after January 1 are granted sick days on a pro-rated basis, i.e., one day per month of employment. Contact your manager or Human Resources for details about the use of sick time and any process required to use your sick days.

You can use sick leave for your own illness or injury. In addition, you also may use sick leave under the dependent sick time policy. Sick leave is not an entitlement, and any unused sick days are not compensable or carried over to the next year.

Some employees retain "frozen sick banks" from a previous sick leave policy. See the Managed Disability policy or contact your Human Resources representative for information about using frozen sick time and how to report a disability to the Company's disability administrator.

If your use of sick time is deemed excessive, you may receive no pay and/or be subject to disciplinary action, up to and including termination of employment.

**Dependent sick time**
You can use up to three days per occurrence of your paid sick time to care for an ill dependent. This time, called dependent sick time, is subtracted from your accrued sick time as it would be if you were ill.

Under this policy, dependents are defined as your spouse, domestic partner, children, wards, parents, parents-in-law, or other individuals for whom you're either the primary caregiver or the person responsible for arranging care.

**Short- and Long-Term Disability (STD and LTD)**

Illnesses that require you to be away from work for more than seven days may be covered under the Company's STD and LTD plans. You may be eligible for STD beginning on the one-month anniversary of your employment. LTD eligibility begins when an approved disability continues for more than 13 weeks. Duration and benefit amounts are described in the benefits section of this *Handbook*.

**A few points to remember:**

- Your employment with the Company will be terminated after a total of 52 weeks of approved disability leave. However, if you qualify, you may continue to receive LTD benefits until age 65 (the duration of LTD benefits varies if your disability begins after age 60) and your claim will continue to be administered by our disability vendor.

- All STD leaves are provided pursuant to the Company's FML policy and the amount of STD leave you take will count toward the length of your 13 weeks of FML leave per calendar year.

For more details regarding the Company's STD and LTD plans, contact your Human Resources representative or you can obtain a copy of the Company's Managed Disability brochure by going to http://www.citigroup.net and clicking on the Human Resources site.

# Performance Management Policies and Programs

## PERSONAL CODE OF CONDUCT

It is impossible to list all the specific forms of behavior that are considered unacceptable in the workplace. However, types of behavior and conduct that are considered inappropriate and are prohibited, include but are not limited to, the following:

1. Theft, or inappropriate removal or possession, of Company property.

2. Working under the influence of alcohol or illegal drugs.

3. Possession, distribution, sale, transfer, or use of alcohol or illegal drugs in the workplace, while on Company business, or at Company-sponsored events.

4. Unauthorized possession of weapons (even if you have a state license) on Company premises, while on Company business, or at Company-sponsored events.

5. Sexual harassment, other forms of unlawful harassment and/or discrimination, or other unlawful or unwelcome conduct.

6. Insubordination or other disrespectful conduct.

7. Falsification of time records or other Company records (e.g., expense reports).

8. Fighting; using obscene, abusive language or gestures; or threatening violence in the workplace, while on Company business, or at Company-sponsored events.

9. Excessive, unnecessary, or unauthorized use of Company supplies, telephones, e-mail, Internet, or other equipment, particularly for personal purposes.

10. Failure to maintain the confidentiality of Company, customer, or employee information.

11. Soliciting or accepting gratuities from customers inconsistent with Company policy, or other conflicts of interest or legal or ethical violations.

12. Unsatisfactory performance or conduct.

13. Negligence or improper conduct leading to damage of Company- or customer-owned property.

14. Boisterous or disruptive activity.

15. Excessive or unauthorized absenteeism or tardiness.

16. Unauthorized absence from your workstation during the workday.

17. Threatening behavior such as acts of terror of any kind including, but not limited to, bomb threats or bio-terror acts.

Employees who exhibit any of the above behaviors, as well as engage in any other conduct deemed unacceptable, are subject to disciplinary action up to and including termination of employment with or without an opportunity for corrective action.

## ABSENCE AND LATENESS

Good attendance and being on time are essential to the effective accomplishment of every job of every employee and the Company's daily business operations. The Company acknowledges balancing work and family life can be a challenge. As a result, we recognize that illness or other compelling personal situations may force you to be either late or absent from work in which case, follow these procedures.

**Notifying your manager**

Whenever you're going to be either absent or late, you must notify your manager within a half-hour prior to your starting time each day you're absent from work or late. If you're initially unable to make the call yourself, have a family member or friend do it for you. Then talk to your manager as soon as possible.

**If your manager is unavailable**

If you're unable to reach your manager, speak to another member of management in your department or

division. If a manager is not available, leave a message indicating that you'll be late or won't be at work. However, you must call again and speak to your manager directly.

Excessive absences or lateness, a pattern of absences or lateness, or your failure to contact your manager may lead to disciplinary action up to and including termination of employment.

## COUNSELING AND CORRECTIVE ACTION

You're expected to meet business standards for work performance, punctuality, attendance, and conduct and to follow policies and procedures. If performance problems arise, the corrective action process provides a framework for you and your manager to solve them.

If you're a regular full- or part-time employee, you may be given the opportunity to improve performance through the corrective action process. However, depending on the severity of the circumstances, any or all of the steps of corrective action can be bypassed and your employment can be terminated immediately.

You may use the Dispute Resolution Procedure (attached in the Appendix of this *Handbook*) to request a review of a corrective action decision, including termination of employment.

**Corrective action process for non-exempt employees**
The corrective action process may include an informal warning, a formal warning, a final warning, and termination of employment. Depending on the severity of the problem, or if you don't demonstrate immediate and sustained improvement, any of the steps may be bypassed and you may receive further discipline up to and including termination of employment.

**Corrective action process for exempt employees**
If management decides you have not achieved the level of performance set for your position or you have not followed Company policies or procedures, management can terminate your employment without notice or the opportunity for corrective action.

Depending on the severity of the circumstances, when a performance issue arises, you may be reminded of the responsibilities and objectives of your position, apprised of deficiencies and what is required of you to perform satisfactorily, or counseled on the possibility of termination of employment through a final corrective action warning. If you fail to improve performance, your employment may be terminated.

# Employment Practices

## WORKPLACE SAFETY/VIOLENCE IN THE WORKPLACE

Threats or acts of violence in the workplace — whether verbal or physical — will not be tolerated. Any employee who threatens or perpetrates a violent act or possesses a weapon in the workplace will be subject to disciplinary action, which may include termination of employment; civil litigation; and/or criminal prosecution.

Workplace violence includes any act or behavior that causes or threatens to cause harm, physical or otherwise, to another person. Examples of workplace violence are:

- Physical assault or threat to assault;

- Possessing or threatening with a weapon;

- Vandalism or arson;

- Racial epithets or other derogatory remarks associated with hate crime threats;

- Stalking; and

- Comments condoning or inciting violent events or behaviors.

*"Workplace," as used in this policy, means any Company-owned or leased property including Company vehicles and parking areas, sites of Company-sponsored events, and any customer location while on Company business.*

## EMPLOYEE RESPONSIBILITIES

If you believe you are, or may be subjected to, workplace violence you're responsible for reporting the problem to your manager, any member of management, any security officer, or Human Resources.

If you observe or have knowledge of a violation of this policy, you must report it to your manager, Human Resources representative, or security immediately.

## PERSONAL PROPERTY

The Company may provide desks, closets, lockers, and other facilities for you to keep personal property, such as coats, purses, wallets, and briefcases, out of public view and access. These facilities are Company property and subject to inspection at the Company's discretion.

In addition, access to most business premises is restricted to people with proper identification and a legitimate need to enter. Because the Company takes reasonable precautions, the Company does not accept responsibility or make reimbursement for lost or stolen personal property.

## SOLICITATION/DISTRIBUTION

To assure a productive work environment, the Company strictly forbids solicitation (such as the buying, selling, or the offering of tickets or memberships in an organization and the seeking of contributions to charities) from one employee to another during work time or if it interferes with an employee's job performance. Persons not employed by the Company may not solicit or distribute literature in the workplace at any time for any purpose. Neither employees nor non-employees are permitted to use Company resources, such as e-mail or bulletin boards, for solicitation purposes.

The Company also prohibits distribution of non-business-related materials during work time and in work areas at any time.

An exception to these prohibitions is solicitation/distribution by certain charitable or community service organizations that the Company expressly sanctions from time to time.

## TELEPHONE AND ELECTRONIC COMMUNICATIONS POLICY

The Company provides electronic communications equipment and services — such as telephone, fax, voicemail, e-mail, Internet, and other electronic

communication links and specific data sources provided on site, mobile, or remote — so you can perform tasks related to your job and for minimal personal use. You should not expect personal privacy when you use Company equipment and services.

All information, data, or files you create, receive, or use while employed by the Company are the Company's property. The Company may search, monitor, copy, access, or disclose any information or files that you view, store, process, or transmit using our equipment and services.

We may monitor your use of this equipment periodically, at random, or continuously in our discretion, for business reasons including, without limitation, to:

- Verify for performance or quality;

- Assure compliance with Company policies;

- Investigate conduct that may be illegal or adversely affect the Company or its employees; and

- Prevent inappropriate or excessive personal use of Company property.

We may investigate any use of equipment or services. Improper use includes without limitation:

- Using equipment or services for the transmission or communication of images or text consisting of threats to the safety of employees or Company property, ethnic slurs, racial epithets, hate speech, sexually explicit material, obscenities, or anything else that may be construed as harassing or offensive to others based on an individual's race, color, religion, sex, national origin, citizenship, age, sexual orientation, disability, marital status, veteran status, or any other legally protected category and

- Accessing sites and/or "chat rooms" that feature gambling, pornography, off-color jokes, or hate speech.

You may be subject to disciplinary action, including immediate termination of employment, or criminal prosecution for improper use.

## TAPE RECORDING

Unless you're a member of our security team conducting official job duties, you're prohibited from tape recording any other employees on the telephone or in person without their knowledge and permission.

## CRIMINAL RECORD CHECKS

The screening of new hires provides the Company with objective and reliable information concerning the integrity of our employees. Such information enables the Company to avoid problems that may result from less stringent hiring practices. All businesses must ensure that a criminal record background investigation is done on all full- and part-time employees.

All newly hired employees must be fingerprinted on or before the first day of work, unless state law provides otherwise.

Federal law restricts the Company from employing individuals who have been convicted of, or who have served in a pretrial diversion program for, crimes involving breach of trust, dishonesty, or money laundering if they'll directly or indirectly participate in the conduct of our business affairs as a federally insured depository institution.

Additionally, the National Association of Securities Dealers/Securities and Exchange Commission (NASD/SEC) requires you to be fingerprinted if you're hired in or transferred to the broker/dealer businesses, you have access or contact with securities funds and information, or you work in close proximity to securities departments.

Employees who transfer from one business to another may be fingerprinted by the receiving business at transfer.

## PRE-EMPLOYMENT AND RANDOM DRUG TESTING AND HEALTH EVALUATIONS

Employment is contingent on passing a drug test. Where practical, pre-employment drug testing should be conducted and results received before an applicant offered employment starts working.

If you're hired into or currently working in positions that involve "safety-sensitive" responsibilities, such as drivers, security officers, or other designated positions, you may be required to undergo a health evaluation. This health evaluation may include a physical examination and chemical screening for illegal drugs and substance abuse on a periodic basis at the Company's discretion. All health evaluations are conducted in compliance with the provisions of the Americans with Disabilities Act and applicable state laws.

If you appear to be working under the influence of alcohol, illegal drugs, or a controlled substance, you may be referred for a health evaluation or chemical screening.

If you're involved in an accident while operating an automobile, van, truck, or aircraft as part of your job, you may be referred for a health evaluation or chemical screening as well. If you refuse to submit to an evaluation or screening or if you test positive to a chemical screening, your employment will be terminated.

## SUBSTANCE ABUSE

The Company is concerned about the adverse effects of alcohol and drug abuse on the well-being of its employees and the community. It's the Company's policy to develop and maintain a work environment that fosters the health and safety of its staff and protects the integrity of its business practices.

Possession, transfer, sale, or use of illegal drugs on the Company's premises, while on Company business, or at Company-sponsored events is prohibited and will result in termination of employment and may lead to legal prosecution.

If you have a drug- or alcohol-related problem, we encourage you to call the EAP at 1-800-952-1256 (or at 1-800-256-1604 for TTY access) to seek confidential assistance.

## CORPORATE CREDIT CARDS

Your position with the Company may require that you have a corporate credit card for business expenses. If you're issued a corporate credit card, you're required to sign a credit card agreement. It's your responsibility to make card payments and to ensure that the card account is current and all charges and credits are accurate. You should submit expense reports in a timely manner. The Company will not pay for late and delinquent fees. Corporate cards may not be used for personal charges.

Credit card activity is monitored. If you improperly manage your card payments or expense reports or you're found to have used your corporate card for personal reasons, use of the card may be terminated and you may be subject to disciplinary action, as appropriate, up to and including termination of employment. The Company reserves the right to terminate any corporate card.

## PERSONNEL FILES

Human Resources maintains personnel files. You may review the information in your personnel file in the presence of a Human Resources representative. While you may not photocopy your file, you may take notes unless local law differs.

You're expected to promptly report changes in personal and/or employment data, as applicable, to ConnectOne, to your manager, or Human Resources so that your personnel records are always accurate and up to date.

## EMPLOYMENT OF RELATIVES

The employment of relatives and people sharing the same household is permitted, provided it does not create a real or potential conflict of interest. Relatives and people sharing the same household, as defined below, may work in the same department provided there's no reporting relationship. Should the Company believe that a real or potential conflict of interest exists, appropriate action will be taken to resolve the issue.

For this policy, relatives include spouse, child, parent, brother, sister, domestic partner, aunt, uncle, niece, nephew, and in-laws (brother, sister, mother, father, son, daughter), cousin, wards, or step-relatives.

## CONSENSUAL RELATIONSHIPS

We're aware that dating relationships may develop between employees. The same concerns of perceived or actual conflicts of interest when relatives are employed by the Company also may apply to employees involved in consensual relationships.

Although such relationships are a matter of personal choice between the employees involved, the Company will not tolerate any adverse effect or perceived or actual conflicts of interest such relationships may have in the workplace.

Should this happen, appropriate action will be taken to resolve the adverse effect or conflict of interest. If a direct reporting or supervisory relationship exists, the manager should inform Human Resources of the relationship for further discussion.

## DRESS AND APPEARANCE

Your dress and appearance should always reflect the highest standard of professionalism. Your appearance plays an important part in how the Company is perceived by the public. In certain businesses, a business casual dress code has been adopted for all employees.

"Business casual" means clothing appropriate for the office. The purpose of a business casual policy is to provide a comfortable work environment while still projecting a professional image. Remember that you're a representative of the Company and should dress in an appropriate manner during work hours and while conducting Company business.

Certain areas of the Company may have specific dress or uniform requirements. If you work in one of these areas, your manager will advise you of the appropriate attire.

## SMOKE-FREE WORKPLACE

All offices of the Company are smoke-free workplaces. The Company's "no smoking" policy precludes the use of all tobacco products in the workplace. This prohibition extends to all offices, hallways, stairways, conference rooms, restrooms, break rooms, lobbies, and all interior areas over which the Company has control. This policy applies equally to all employees, customers, contractors, and visitors.

You share the responsibility for adhering to and enforcing the policy. Any problems should be brought to the attention of your manager or a Human Resources representative.

# EXHIBIT 3
# PART 2 OF 2

# If You Leave the Company

We hope that it will not be necessary for you to leave the Company. However, if you decide to do so, or if the Company decides it's appropriate, there are procedures to follow.

You must return all Company property including, but not limited to, all ID cards, telephone cards, credit cards, and laptops. In addition, it's a condition of your employment that you cannot use any property or disclose any confidential information that you had access to or obtained as a result of being employed by the Company following the termination of your employment. You must return any such property and/or confidential information prior to your termination date.

When you leave, you may be able to continue certain individual and dependent benefit coverage. Where continuation of coverage is available, it's described in the applicable benefit materials.

## VOLUNTARY RESIGNATIONS

If you wish to terminate your employment with the Company, you're requested to notify us in writing at least two weeks in advance of your intended termination date. You should provide your notice to your manager. There may be times when your manager will ask you to leave work on the day you give notice.

An exit interview may be scheduled prior to the last day of employment.

## RETIREMENT

There are various age and service requirements that affect the retirement benefits and programs for which you may be eligible. Notify your Human Resources representative at least 90 days prior to your planned retirement to discuss whether you meet the retirement criteria and allow for the proper processing.

If you're eligible to retire, call ConnectOne at 1-800-881-3938 and choose the pension option for information.

## WORK FORCE REDUCTIONS

Flexibility is a key requirement for managing our business. From time to time, the Company will restructure the organization to take advantage of new opportunities, meet competitive challenges, react to economic shifts, or introduce advanced technology to improve services and efficiency. Therefore, the Company may sell or close a line of business, reduce staff, or significantly change the skill requirements of some jobs.

If your job is eliminated, your management may consider you for other available jobs, and you may have an opportunity to conduct your own search for other jobs. You're eligible to be considered and to search for other jobs as long as you're not on written corrective action or documentation for unsatisfactory performance and are rated as meeting expectations or better.

If your position is eliminated and you're not placed in another job, you may be eligible for benefits under the Separation Pay Plan in effect at that time. The Separation Pay Plan is subject to the Employee Retirement Income Security Act of 1974, as amended (ERISA).

To be eligible for separation pay, you must agree in writing to release the Company and its affiliates from all liability. If eligible, your manager and/or Human Resources representative will notify you of your plan benefit. You can find a copy of our Separation Pay Plan in effect at the time this *Handbook* was distributed in the Appendix of this *Handbook*.

**If you were previously covered under the Citibank, N.A. job discontinuance policy**

For regular employees with 20 or more years of continuous service as of December 31, 1988, who were previously covered under the Citibank, N.A. Job Discontinuance policy, the following provision applies: If your job has been discontinued, as long as you're not on written corrective action or written documentation for unsatisfactory performance and are rated as meeting expectations or better, you'll be offered the option of placement in a job (i.e., no location or job level requirements) or severance.

If you're on written corrective action, or written documentation for unsatisfactory performance, or are rated as not meeting expectations, you'll be offered benefits under the Separation Pay Plan in effect at the time your position is eliminated and will not be eligible for other job opportunities.

To be eligible for separation pay, you must agree in writing to release the Company and its affiliates from all liability.

This policy does not apply if you're offered a position at substantially the same salary rate following the sale of any portion of a business or elimination of an administrative/operating function.

## REFERENCES/REFERRAL

All requests for employee information, including references and employment and mortgage verification, should be referred to The Work Number Client Service Center at 1-800-996-7566, or you can visit www.theworknumber.com at any time.

This automated employment verification service allows your name, most recent hire or termination date, and classification (full-time or part-time) to be verified within minutes. You can use this service for mortgage applications, reference checks, loan applications, apartment leases, or anything you need that requires proof of employment or income.

*Note: The items in this Appendix are available separately. However, they have been reprinted here for your convenience.*

Case 1:07-cv-02297-RCL    Document 5-6    Filed 12/27/2007    Page 4 of 29

# U.S. Consumer Group
# *Principles of Employment*

As you consider our offer to become an employee of Citigroup Inc. or one of its affiliates or subsidiaries (the "Company"), there are certain matters that we want to clarify. You must observe the policies that we publish from time to time for employees. These include a requirement that you maintain the highest standards of conduct and act within the highest ethical principles. You must not do anything that may be or appear to be a conflict of interest with your responsibilities as an employee. These expectations are included in the Company's *Statement of Business Practices* and the applicable Dispute Resolution Procedure, Employment Arbitration Policy, and *Employee Handbook,* all of which are available for your review prior to your acceptance of employment if you choose to review them. You will be asked to acknowledge receiving copies of the current versions of these with your new hire paperwork when you begin employment. Remember: It is your responsibility to read and understand these policies and expectations. If you have any questions, now or in the future, please ask.

You must never use (except when necessary in your employment with us) nor disclose to anyone not affiliated with the Company any confidential or unpublished information you obtain as a result of your employment with us. This applies both while you are employed with us and after that employment ends. If you leave our employ, you may not retain or take with you any writing or other record that relates to the above.

Your employment with us requires your full attention. Any invention, development, or improvement made by you during the time you are employed by us that pertains to our business belongs to us, and you agree to assign any interest you have in these things to us upon our request.

You agree to follow our dispute resolution/arbitration procedures for employment disputes. While we hope that disputes with our employees will never arise, we want them resolved promptly if they do arise. These procedures include any qualified employment disputes (including termination of employment) that you might have with the Company and its current and former officers, directors, employees, and agents.* These procedures do not preclude us from taking disciplinary action (including termination) at any time, but if you dispute such action, you and the Company agree that the disagreement will be resolved through this process. Our procedures are divided into two parts.

First, an internal dispute procedure, the "Dispute Resolution Procedure," allows you to seek review of any action regarding your employment or termination of your employment that you think is unfair.

---

*These include without limitation all claims, demands, or actions under Title VII of the Civil Rights Act of 1964, the Civil Rights Acts of 1866 and 1991, the Age Discrimination in Employment Act of 1967, the Older Workers Benefit Protection Act of 1990, the Rehabilitation Act of 1973, the Americans with Disabilities Act of 1990, the Family and Medical Leave Act of 1993, the Fair Labor Standards Act of 1938, the Equal Pay Act of 1963, the Employee Retirement Income Security Act of 1974, the Worker Adjustment and Retraining Act of 1988, and all amendments thereto, and any other federal, state, or local statute, regulation, or common law doctrine regarding employment discrimination, conditions of employment, or termination of employment.*

Second, in the unusual situation when this internal procedure does not fully resolve an employment-related dispute and the dispute is based upon legally protected rights, you and the Company agree to submit the dispute, within the time provided by the applicable statute(s) of limitations, to binding arbitration with the American Arbitration Association ("AAA"), except that any dispute subject to the jurisdiction of the National Association of Securities Dealers ("NASD") or the New York Stock Exchange, Inc. ("NYSE") will be submitted to binding arbitration with the NASD or NYSE, in accordance with the arbitration rules of that forum then in effect and as supplemented by the applicable Employment Arbitration Policy. A detailed description of these procedures is available in the Human Resources department for your review. Again, it is your responsibility to read and understand the dispute resolution/arbitration procedures. If you have any questions, now or in the future, please ask.

Nothing herein constitutes a contract of employment for a definite period of time. The employment relationship is "at will," which affords you or the Company the right to terminate the relationship at any time for any reason or no reason not otherwise prohibited by applicable law. The Company retains the right to decrease an employee's compensation and/or benefits, transfer or demote an employee, or otherwise change the terms or conditions of any employee's employment with the Company.

We believe these matters are important to you as an employee and to us as an employer. Your acceptance of our offer constitutes your acceptance of the aforementioned provisions.

Understood and agreed:


Signature _____     Date_____


Proposed Starting Date _____

# U.S. Consumer Group
## Dispute Resolution Policy and Procedures

## INTRODUCTION

Citigroup recognizes that misunderstandings or con-
flicts can arise in the course of daily business relation-
ships. While an employee and manager generally are
able to resolve most job-related issues, there are times
when an employee may want to have an employment-
related action reviewed.

The Dispute Resolution Procedure (DRP), available
to U.S. Consumer Group employees, provides an
impartial process for employees to request resolution
of any employment-related concern. Further, it ensures
that those problems and issues are reviewed and
handled promptly. The DRP process is arranged in
a logical sequence, and an employee must complete
each level in order before proceeding to the next. The
process ends whenever the employee initiating the
review accepts a decision. Decisions concerning
termination, promotion, and disciplinary action are
the typical types of issues raised.

While employees may utilize the DRP for reporting
alleged incidents of workplace discrimination, including
sexual harassment, employees may also report any inci-
dent directly to a manager or a Human Resources repre-
sentative. An employee is not required to report a
complaint to anyone who is the object of it and may go
directly to Human Resources. Claims of discrimination
or harassment will be investigated immediately and
retaliation against employees for raising claims of
discrimination or harassment is expressly prohibited.

### Process

Step 1. Employees are encouraged to first discuss infor-
mally any concerns they have with their immediate
manager prior to initiating a formal review. However, if
this discussion is not successful from the employee's
point of view, the issue should be submitted in writing
on the DRP Request Form to his/her manager with a
copy to his/her Human Resources representative.
Employees should initiate the DRP process within thirty
(30) days of the incident. The manager has twenty (20)

working days to investigate the claim and respond to the
employee. At the conclusion of the discussion relating
to the dispute, it is understood that the employee has
raised all of his or her concerns relating to the dispute.

Step 2. If the employee is not satisfied with the response
in Step 1, he/she may submit an appeal on the DRP
Request Form to the next level manager within ten (10)
working days of receiving an answer from Step 1, with
a copy to the Human Resources manager for the unit.
A written response is given to the employee within
twenty (20) working days after the discussion.

Step 3. If the employee is not satisfied with the response
in Step 2, he/she may submit an appeal on the DRP
Request Form to the next level manager within ten (10)
working days of receiving an answer from Step 2, with
a copy to the head of Human Resources for the U.S.
Consumer Group.

The third step is the final-level appeal in the internal
DRP. At the conclusion of this step, the employee
will receive a written response within twenty (20)
working days.

At times it may be impractical to meet within the
specified time limits of this procedure. In these
circumstances, the head of Human Resources for
the group may make modifications to the procedure
as necessary.

If the dispute is still not resolved after Step 3, the
employee is entitled to request arbitration in accordance
with the U.S. Consumer Group Employment Arbitration
Policy if the dispute is based on legally protected rights
(i.e., statutory, contractual, or common law rights).
Arbitration is an external process conducted under the
auspices of the American Arbitration Association and
is generally less formal, less costly, and less time-
consuming than litigating a claim in a court of law.
Disputes that are not covered by the U.S. Consumer

Group Employment Arbitration Policy are any claims regarding Workers' Compensation or unemployment compensation benefits.

**Important Information**
The appeal of a termination will automatically begin at Step 2 of the process. Employees should initiate the appeal within thirty (30) days of the termination.

Retaliation against employees for availing themselves of the DRP is expressly prohibited.

No disciplinary action or other management decision will be postponed as a result of the presentation of a dispute by an employee.

Policy changes and any issue arising under any plan subject to ERISA will not be reviewed through the DRP.

The DRP does not constitute a waiver by the Company of its rights under the "employment-at-will" doctrine; nor does it afford employees or former employees any rights or remedies that individuals do not otherwise have under applicable law.

FOR FURTHER INFORMATION AND DRP FORMS, PLEASE CONTACT YOUR HUMAN RESOURCES REPRESENTATIVE.

# U.S. Consumer Group
## Employment Arbitration Policy

## STATEMENT OF INTENT

U.S. Consumer Group values each of its employees and looks forward to good relations with, and among, all of its employees. Occasionally, however, disagreements may arise between an individual employee and U.S. Consumer Group, or between employees in a context that involves U.S. Consumer Group. U.S. Consumer Group believes that the resolution of such disagreements will be best accomplished by internal dispute resolution and, where that fails, by arbitration conducted under the auspices of the American Arbitration Association. For these reasons, U.S. Consumer Group has adopted this Employment Arbitration Policy ("Policy"). Except as provided below, the Policy applies to all persons employed by U.S. Consumer Group as of September 1, 2001, and all employees joining U.S. Consumer Group after that date.

This Policy does not constitute a guarantee that your employment will continue for any specified period of time or end only under certain conditions. Employment with U.S. Consumer Group is a voluntary relationship for no definite period of time and nothing in this Policy or any other Company document constitutes an express or implied contract of employment for any definite period of time. This Policy does not constitute, nor should it be construed to constitute, a waiver by U.S. Consumer Group of its rights under the "employment-at-will" doctrine; nor does it afford an employee or former employee any rights or remedies not otherwise available under applicable law.

### Scope of Policy

The Policy makes arbitration the required and exclusive forum for the resolution of all employment disputes based on legally protected rights (i.e., statutory, contractual, or common law rights) that may arise between an employee or former employee and U.S. Consumer Group or its current and former parents, subsidiaries, and affiliates and its and their current and former officers, directors, employees, and agents (and that are not resolved by the internal dispute resolution procedure), including without limitation claims, demands, or actions under Title VII of the Civil Rights Act of 1964, the Civil Rights Acts of 1866 and 1991, the Age Discrimination in Employment Act of 1967, the Older Worker Benefit Protection Act of 1990, the Rehabilitation Act of 1973, the Americans with Disabilities Act of 1990, the Family and Medical Leave Act of 1993, the Fair Labor Standards Act of 1938, the Equal Pay Act of 1963, the Employee Retirement Income Security Act of 1974, the Worker Adjustment and Retraining Notification Act, and all amendments thereto, and any other federal, state, or local statute, regulation, or common law doctrine regarding employment discrimination, conditions of employment, termination of employment, breach of contract, or defamation.

The only disputes not covered by the Policy are claims that an employee or former employee may have regarding Workers' Compensation or unemployment compensation benefits. Nothing in this Policy shall prevent either party from seeking from any court of competent jurisdiction injunctive relief in aid of arbitration. The Policy does not exclude the National Labor Relations Board from jurisdiction over disputes covered by the National Labor Relations Act. Similarly, this Policy does not exclude the jurisdiction of the Equal Employment Opportunity Commission ("EEOC") and/or state and local human rights agencies to investigate alleged violations of the laws enforced by the EEOC and/or these agencies.

This Policy does not require that U.S. Consumer Group institute arbitration, nor is it required to follow the steps of the dispute resolution procedure, before taking disciplinary action of any kind, including termination. However, if an employee disagrees with any such disciplinary action and believes that such action violated his or her legally protected rights, he or she may institute proceedings in accordance with the Policy. The results of the arbitration process are final and binding on the employee and U.S. Consumer Group.

Certain employees or former employees are subject to the arbitration requirements of the National Association of Securities Dealers, Inc. ("NASD") or the New York Stock Exchange, Inc. ("NYSE"). This Policy applies to any such person only to the extent that (i) U.S. Consumer Group waives its right to compel arbitration of such person's claim(s) to NASD or NYSE arbitration, (ii) such person's claim(s) is not eligible for submission to NASD or NYSE arbitration, or (iii) the NASD or NYSE declines to accept such person's claim(s) for arbitration.

**Arbitration and Rules Procedures**

The following rules and procedures are based on, and largely incorporate, the Employment Dispute Resolution Rules ("Rules") of the American Arbitration Association ("AAA"). U.S. Consumer Group has modified and expanded these rules and procedures in certain respects. In particular provisions regarding fees and costs have been modified to provide that many of the costs typically shared by the parties will be borne by the U.S. Consumer Group. In addition, provisions permitting limited discovery have been added to ensure equal access to relevant information.

**1. Initiation of Arbitration Proceeding**

To initiate arbitration you must send a written demand for arbitration to the Senior Human Resources Officer for the U.S. Consumer Group. The demand must be received by the Senior Human Resources Officer for the U.S. Consumer Group within the time period provided by the statute of limitations applicable to the claim(s) set forth in the demand.

The demand shall set forth a statement of the nature of the dispute, including the alleged act or omission at issue; the names of all persons involved in the dispute; the amount in controversy, if any; and the remedy sought. Within thirty (30) calendar days of receiving such demand, or as soon as possible thereafter, the U.S.

Consumer Group shall file the demand with the appropriate office of the AAA.

**2. Appointment of Neutral Arbitrator**

The AAA shall appoint one neutral arbitrator from its Employment Dispute Resolution Roster unless both parties request that a panel of three (3) arbitrators be appointed. If the parties cannot agree upon the number of arbitrators, the AAA shall have the authority to determine the number of arbitrators. In the event a panel of arbitrators is appointed, all decisions of the panel must be by a majority and the use of the word "arbitrator" shall refer to the panel. It is the intent of U.S. Consumer Group that the prospective arbitrators be diverse, experienced, knowledgeable with respect to employment-related claims, neutral, and duly qualified to serve as an arbitrator under the AAA's Rules.

The arbitrator shall be appointed in the following manner:

a) Immediately after the filing of the demand, the AAA shall submit to each party an identical list of proposed arbitrators;

b) Each party shall then have ten (10) business days from the mailing date of the list to cross off any two (2) names to which the party objects, number the remaining names in order of preference, and return the list to the AAA;

c) If a party does not return the list within the time specified, all persons on the list shall be deemed acceptable to that party; and

d) The AAA shall invite the acceptance of the arbitrators remaining on the list in the order of preference specified by the parties to the extent the order can be reconciled by the AAA.

In the event the parties fail to agree on any of the persons named, or if an acceptable arbitrator is unwilling to act, the AAA shall issue additional lists.

### 3. Qualifications of Neutral Arbitrator

No person shall serve as a neutral arbitrator in any matter in which that person has any financial or personal interest in the result of the proceeding. Prior to accepting appointment the prospective arbitrator shall disclose any circumstance likely to prevent a prompt hearing or to create a presumption of bias. Upon receipt of such information, the AAA will either replace that person or communicate the information to the parties for comment. Thereafter, the AAA may disqualify that person and its decision shall be conclusive. Vacancies shall be filled in accordance with Paragraph 2 above.

### 4. Vacancies

The AAA is authorized to substitute another arbitrator if a vacancy occurs or if an appointed arbitrator is unable to serve promptly.

### 5. Proceedings

The hearing shall be conducted by the arbitrator in whatever manner will most expeditiously permit full presentation of evidence and arguments of the parties. The arbitrator shall set the date, time, and place of the hearing, notice of which must be given to the parties by the AAA at least thirty (30) calendar days in advance unless the parties agree otherwise. In the event the hearing cannot reasonably be completed in one day, the arbitrator will schedule the hearing to be continued on a mutually convenient date.

### 6. Representation

Any party may be represented by an attorney or other representative (excluding any Company supervisory employee) or by him or herself. For an employee or former employee without representation, the AAA will, upon request, provide reference to institutions that might offer assistance.

### 7. Confidentiality of and Attendance at Hearing

The arbitrator shall maintain the confidentiality of the hearings unless the law provides to the contrary. The arbitrator shall have the authority to exclude witnesses, other than a party, from the hearing during the testimony of any other witness. The arbitrator shall also have the authority to decide whether any person who is not a witness may attend the hearing.

### 8. Postponement

The arbitrator for good cause shown may postpone any hearing upon the request of a party or upon the arbitrator's own initiative and shall also grant such postponement when all of the parties agree thereto.

### 9. Oaths

Before proceeding with the first hearing, each arbitrator may take an oath of office and, if required by law, shall do so. The arbitrator may require witness to testify under oath administered by any duly qualified person and, if it is required by law or requested by any party, shall do so.

### 10. Stenographic Record

There shall be no stenographic record of these proceedings unless either party requests it. In the event a party requests a stenographic record, that party shall bear the cost of such a record. If both parties request a stenographic record, the cost shall be borne equally by the parties.

### 11. Arbitration in the Absence of a Party

Unless the law provides to the contrary, the arbitration may proceed in the absence of any party or representative who, after due notice, fails to be present or fails to obtain a postponement. An award shall not be made solely on the default of a party. The arbitrator shall require the party who is present to submit such evidence as the arbitrator may require for the making of the award.

**12. Discovery**
Each party shall be entitled to propound and serve upon the other party one set of interrogatories (limited to the identification of potential witnesses) and one set of requests for the production of documents in a form consistent with the Federal Rules of Civil Procedure. Upon the request of a party, the arbitrator may order further discovery consistent with the Rules of the AAA and the expedited nature of arbitration.

**13. Pre-Hearing Motions**
The arbitrator shall be authorized to consider and rule upon pre-hearing motions, including dispositive motions.

**14. Evidence**
The arbitrator shall be the judge of the relevance and materiality of the evidence offered, and conformity to legal rules of evidence shall not be necessary.

**15. Evidence by Affidavit and Filing of Documents**
The arbitrator may receive and consider the evidence of witnesses by affidavit, but shall give it only such weight as the arbitrator deems it entitled to after consideration of any objection made to its admission. All documents to be considered by the arbitrator shall be filed at the hearing.

**16. Closing of Hearing**
The arbitrator shall ask whether the parties have any further proof to offer or witnesses to be heard. Upon receiving negative replies, or if satisfied that the record is complete, the arbitrator shall declare the hearing closed and the minutes thereof be recorded.

**17. Reopening of Hearing**
The hearing may be reopened on the arbitrator's initiative, or upon application of a party for cause shown, at any time before the award is made. The arbitrator may reopen the hearing and shall have fourteen (14) days from the closing of the reopened hearing within which to make an award.

**18. Waiver of Procedures**
Any party who proceeds with the arbitration after knowledge that any provision or requirement of these procedures has not been complied with, and who fails to state objections thereto in writing, shall be deemed to have waived the right to object.

**19. Time of Award**
The award shall be made promptly by the arbitrator unless otherwise agreed by the parties or specified by law. The arbitrator shall be instructed to make the award within thirty (30) days of the close of the hearing or as soon as possible thereafter.

**20. Award**
(a) Form. The award shall be in writing and shall be signed by the arbitrator. If either party requests, such award shall set forth in summary form the reasons for the award. All awards shall be executed in the manner required by law. The award shall be final and binding upon the employee and U.S. Consumer Group, and judicial review shall be limited as provided by law.

(b) Scope of Relief. The arbitrator shall be governed by applicable federal, state, and/or local law. Furthermore, the arbitrator shall be bound by applicable Company policies and procedures and shall not have the authority to alter or otherwise modify the parties at-will relationship or substitute his or her judgment for the lawful business judgment of Company management. The arbitrator shall have the authority to award compensatory damages and injunctive relief to the extent permitted by applicable law. The arbitrator shall not have the authority to award punitive or exemplary damages or attorneys' fees except where expressly provided by applicable statute (e.g., punitive damages under the Civil Rights Act of 1991). The arbitrator shall not have the authority to make any award that is arbitrary and capricious or to award to U.S. Consumer Group the costs of the arbitration that it is otherwise required to bear under this policy.

**21. Delivery of Award to Parties**
The parties shall accept as legal delivery of the award the placing of the award or a true copy thereof in the mail addressed to a party or its representative at the last known address via certified mail, return receipt, personal service of the award or the filing of the award in any manner that is permitted by law.

**22. Enforcement**
*The award of the arbitrator may be enforced under the terms of the Federal Arbitration Act (Title 9 U.S.C.) and/or under the law of any state to the maximum extent possible. If a court determines that the award is not completely enforceable, it shall be enforced and binding on both parties to the maximum extent permitted by law. If any part of this procedure is held to be void or unenforceable, the remainder of the procedure will be enforceable and any part may be severed from the remainder as appropriate.*

**23. Judicial Proceedings and Exclusion of Liability**
(a) Neither the AAA nor any arbitrator in a proceeding under these procedures is a necessary party in judicial proceedings relating to the arbitration.

(b) Parties to these procedures shall be deemed to have consented that judgment upon the arbitration award may be entered in any federal or state court having jurisdiction thereof.

**24. Expenses and Fees**
Unless otherwise precluded by applicable law, expenses and fees shall be allocated as follows:

a) Filing Fees. U.S. Consumer Group shall pay any filing fee required by the AAA.

b) Hearing Fees and Arbitrator Fees. U.S. Consumer Group shall pay the hearing fee and arbitrator fee for the hearing.

c) Postponement/Cancellation Fees. Postponement and cancellation fees shall be payable, at the discretion of the arbitrator, by the party causing the postponement or cancellation.

d) Other Expenses. The expenses of witnesses shall be paid by the party requiring the presence of such witnesses. All other ordinary and reasonable expenses of the arbitration including hearing room expenses, travel expenses of the arbitrator, AAA representatives, and any witness produced at the arbitrator's direction, shall be paid completely by U.S. Consumer Group.

e) Legal Fees and Expenses. Each side shall pay its own legal fees and expenses subject to Paragraph 20(b) above.

The allocation of expenses as provided for in items (a) through (d) may not be disturbed by the arbitrator except where the arbitrator determines that a party's claims were frivolous or were asserted in bad faith.

**25. Serving of Notice**
Any notices or process necessary or proper for the initiation or continuation of an arbitration under these procedures; for any court action in connection therewith; or for the entry of judgment on an award made under these procedures may be served on a party by mail addressed to the party or its representative at the last known address or by personal service, in or outside the state where the arbitration is to be held, provided that reasonable opportunity to be heard with regard thereto has been granted to the party. The AAA and the parties may also use facsimile transmission, telex, telegram, or other written forms of electronic communication to give the notices required by these procedures, provided that such notice is confirmed by the telephone or subsequent mailing to all affected parties.

**26. Time Period for Arbitration**

Any proceeding under this procedure must be brought within the time period provided for within the statute(s) of limitations applicable to the claims asserted by the claimant.

**27. Amendment or Termination of Arbitration Policy**

U.S. Consumer Group reserves the right to revise, amend, modify, or discontinue the Policy at any time in its sole discretion. Such amendments may be made by publishing them in the *Employee Handbook* or by separate release to employees and shall be effective 30 calendar days after such amendments are provided to employees. Your continuation of employment after receiving such amendments shall be deemed acceptance of the amended terms.

**28. Interpretation and Application of Procedure**

The arbitrator shall interpret and apply these procedures insofar as they relate to the arbitrator's powers and duties. All other procedures shall be interpreted and applied by the AAA.

# *Family and Medical Leave Policy*

We recognize that it can be challenging for employees to satisfy the demands of their work while managing the responsibilities of their personal lives. The leave of absence policies described in this *Handbook* — Employee Medical Leave, Family Medical Leave, and Child Care Leave — are intended to provide you with time to care for yourself or eligible family members.

If eligible, you may take up to a total of 13 weeks leave within a 12-month calendar year for any of these reasons or combinations of reasons:

■ Employee Medical Leave (EML): For a serious health condition where you're unable to perform your job.

■ Family Medical Leave (FML): To care for your spouse, child, or parent who has a serious health condition.

You may take up to a total of 12 weeks leave within a 12-month calendar year, in addition to any EML and FML already taken, for:

■ Child Care Leave (CCL) to bond with your child after birth, adoption, or foster care placement. You may take only one CCL per birth, adoption, or foster care placement.

The time off provided under this policy meets and exceeds the requirements of the federal Family and Medical Leave Act (FMLA). Any time off taken under this policy that qualifies, counts toward leave required under the FMLA or any applicable state law.

## TERMS AND PROVISIONS

The following terms and provisions used in leave of absence policies are to be read in conjunction with each of the leave policies described in this *Handbook*.

**Eligibility**

All employees may apply for EML, FML, and/or CCL after 12 months of service and after having worked 1,250 hours during the 12 months prior to requesting leave. Regular full-time employees may apply for Short-Term Disability (STD) after one month of service. Regular full-time employees may apply for CCL after six months of service.

The Company reserves the right, due to business necessity, to deny a leave to any employee who works at a site where there are fewer than 50 employees within a 75-mile radius.

**Applying for a leave — medical certification requirements**

It's your responsibility to notify your manager and Human Resources representative of your need for a leave. When the need for leave is foreseeable, you must provide 30 days notice, or, if that's not feasible, notify your manager and Human Resources as soon as possible. You must also follow these specific procedures to request leave:

■ Call Synchrony, the Company's absence management vendor, to report your FMLA absence. You'll be asked to provide information such as injury/illness specifics. You should also call Synchrony if you want additional information concerning what constitutes a "serious health condition" or who qualifies as a "health care provider."

■ You'll receive a letter outlining your rights and responsibilities under the FMLA along with a Health Care Provider Certification (HCPC) form and/or Authorization for Release and Use of Information form. For EMLs and FMLs, these forms must be completed and returned to Synchrony within 15 days

from the date of the letter. You should not give your manager a copy of the completed HCPC form.

- The completed HCPC form from your health care provider must include the date on which the condition began and the probable duration of the condition and that either you're needed to provide care for the family member or you're unable to perform the functions of your position due to your own medical condition. When you need a leave on an intermittent or part-time schedule for planned medical treatments, the health care provider must indicate on the HCPC form that it's medically necessary and the schedule and duration of planned medical treatment.

- In certain circumstances, the Company may require a second opinion at its expense. If the first and second medical opinions differ, the Company may require, at its expense, the opinion of a third health care provider, approved by both the Company and the employee. This third opinion will be the final and binding decision regarding the necessity of the leave.

The Company may also require periodic recertification of a continuing serious health condition or other verification of your status and intent to return to work.

- If you're returning from an EML, you must provide a medical release from your health care provider certifying your ability to resume the responsibilities of your position. You should call Synchrony, which, with your health care provider, will determine your ability to return to work.

Failure to comply with the above procedure within the described time limits could result in a denial of or delay the beginning of the leave and may result in suspension of your compensation for time off. Any unapproved absence will be deemed unexcused and you may be subject to disciplinary action, up to and including termination of employment.

## Sick days vs. EML

The difference between individual sick days and an EML is that sick days are periodic absences from work due to illness not defined as being due to a serious health condition (e.g. cold, sore throat), while an EML is granted to cover situations when you'll be absent due to a serious health condition.

If you need to take time off to care for a spouse, domestic partner, child, or parent, the time must come from your eligible annual sick days. You may use up to three days of your eligible annual sick days for this purpose. These days are available only if you have an annual sick leave balance and will be deducted from your eligible annual sick leave days. These days are part of the sick leave program and as such are not paid for upon termination.

## Intermittent or part-time leave

When certified as medically necessary (as described above), you may take an EML or a FML on an intermittent or part-time basis. This means you may take leave in separate blocks of time (intermittent) or on a reduced weekly or daily work schedule (part time). You may take a CCL on an intermittent or part-time basis only with the approval of your manager.

When possible, an employee is expected to schedule all intermittent or part-time leaves to minimize any disruption to business operations of the workplace.

If you take leave in intermittent or part-time increments, you'll have the unpaid portion of your leave deducted from your salary after you have exhausted your earned annual sick leave, frozen sick bank (if applicable), personal time, and vacation, in that order. For exempt employees, only full-day absences are deducted from salary.

If you require an intermittent or part-time leave, the Company may temporarily transfer you to an available alternative position with equivalent pay and benefits to better accommodate your request.

**Family member**

Family member includes an employee's child under the age of 18, a disabled child of any age, parents, or spouse and are further defined as follows:

- A child is your (or your spouse's, including a domestic partner's, as defined below) biological, adopted, or foster child, a stepchild, a legal ward, or a child (such as a grandchild who lives with you or for whom you're standing in loco parentis), who is either under age 18 or is a disabled child of any age.

- A disabled child is a child of any age who has a physical or mental impairment and who requires supervision or active help in performing several activities of daily living.

- A parent is a biological, foster, or adoptive parent, step-parent, legal guardian, or any individual who stands or stood in loco parentis to you as son or daughter when you were under 18 or disabled. The term does not include "parents-in-law."

- Spouse is your husband or wife as defined or recognized by state law for purposes of marriage, including a common-law marriage in states where it is recognized. The Company also includes domestic partner relationships within the definition of spouse, provided that the domestic partner relationship meets the same criteria required for benefits eligibility.

**Job return**

Upon return from an approved leave, you'll be placed in the same position or an equivalent position, conditioned upon the following:

- The leave time, whether continuous, intermittent, part-time, or a combination thereof, cannot exceed the time frames described above.

- The Company reserves the right to deny job restoration for employees designated as "key employees." A key employee is one who is salaried and among the top 10% in salary compensation within 75 miles of his or her work site. The foregoing eligibility requirements are based on the employee population of the Citigroup subsidiary, or Citigroup Inc., if applicable, in which the employee requesting leave is employed. The Company will inform applicants of any "key employee" designation when applicants are notified that their leave has been approved.

- An equivalent position must have the same pay, benefits, and working conditions, including privileges, perquisites, and status. It must involve the same or substantially similar duties and responsibilities that must entail substantially equivalent skill, effort, responsibility, and authority.

You may be denied job restoration in certain instances where you would not have continued to be employed, regardless of the leave. Examples of instances where job restoration may be denied, include but are not limited to, the following:

- Your prior position was eliminated due to a reduction in force or an office closing.

- You were found to have been involved in an activity (e.g., theft) that would have resulted in termination of employment if you were not on a leave when the activity was discovered.

**Compensation during a leave**

If you're on a CCL or FML leave, you'll be required to first use up to three days of available annual sick leave, all personal time, and all vacation, if applicable, in that order. The remainder of the leave period will be unpaid. If you're eligible to receive Paid Adoption Leave (PAL) benefits, you'll be required to use this time for any leave remaining after your PAL benefits have ended.

**EML**

If you're on an EML, you may be eligible to receive STD or Workers' Compensation. For any EML days not covered by STD or Workers' Compensation, you'll be required to use available annual sick time, personal time,

and vacation, if applicable, in that order. The remainder of the time will be unpaid. Note: If you're approved for STD or Workers' Compensation, your leave time will be counted against your FMLA entitlement.

**Maternity leave**

An employee medical leave for maternity is the same as an EML. It begins when you're medically certified as unable to work due to pregnancy and ends when you're no longer disabled as a result of pregnancy. You'll be required to use your available accrued time (i.e., sick days, personal days, and vacation) once disability approval ends. Once earned time is exhausted, the remainder of the leave will be unpaid.

The length of an EML for maternity is determined by the nature of the disability and state law.

**CCL for adoption**

If you have a minimum of six months of service and you want a leave to care for your adopted child within 30 days of the child's placement and you'll be the adoptive child's primary care provider, or you require a leave of absence to complete the adoption process, you're eligible for a paid adoption leave based on the schedule maintained in Human Resources. Ask your Human Resources representative for details.

**Employee benefits during paid leave**

All payroll deductions, including employee insurance premiums, Flexible Spending Account (FSA), and Citigroup 401(k) Plan contributions, will continue to be deducted during any period of paid leave, including intermittent or part-time leave.

**Employee benefits during unpaid leave**

If you're on an unpaid leave, you're responsible for your portion of any medical, dental, vision care, LTD, and FSA contributions. To continue the pretax advantages of your deductions for all but LTD contributions, and for administrative purposes, the Company will advance your portion of these deductions on your behalf during the unpaid leave.

To cover this advance, you must agree to have accelerated deductions made from your pay upon return from leave for any contributions advanced during the unpaid leave.

If you're enrolled in supplemental life insurance coverage, the carrier will bill you. Contact your Human Resources representative before your leave begins to make other arrangements to pay employee contributions for other benefits during your unpaid leave.

Service-related benefits, such as pension vesting, will continue to accrue during an approved leave. You won't accrue any additional employee benefits, including sick leave and vacation time, during an unpaid leave.

If, for any reason, you fail to return to work at the end of the approved leave, you'll be required to repay the Company for the advanced contributions for coverage while on leave. The Company reserves the right to require repayment of the Company's portion of the benefits costs if you don't return to work for reasons other than the continuation, recurrence, or onset of your serious health condition or that of a family member or circumstances beyond your control.

**Miscellaneous provisions**

If you return to work, you won't be subject to any reduction in base salary or change in bonus eligibility. For bonus-eligible employees on leave, bonuses will be considered only for the portion of the year you actually worked, and the bonus portion of total compensation remains the discretion of your manager.

CCL must be concluded no later than 12 months after the birth, adoption, or foster care placement of the child.

CCL and EML leaves may begin prior to birth, foster care placement, or adoption, as circumstances dictate.

**Termination of employment**

If you don't return to work at the end of an approved leave and you're not eligible for LTD, you'll be deemed to have resigned from your position and subject to termination of employment unless an extension is requested and approved. If your own medical condition prevents you from returning to work for more than 12 months from the start of your approved STD, you'll automatically be deemed to have resigned from your position and your employment will be terminated.

**Additional leave provided under state laws**

Certain state laws, such as those in California, contain additional family and medical leave provisions. Ask your Human Resources representative whether any state laws apply to your situation.

# Summary Plan Description and Plan for The Citigroup Separation Pay Plan for United States Consumer Group Employees

(Effective January 1, 2002 for Employees of United States Consumer Group, including CitiFinancial and Primerica Financial Services, as amended effective January 1, 2002)

## INTRODUCTION

Flexibility is a key requirement for managing our various businesses. We sometimes have to restructure our organization to take advantage of new opportunities, meet competitive challenges, react to economic shifts or introduce advanced technology to improve our service and efficiency. This means that we may occasionally have to sell or close a line of business, reduce staff or change the skill requirements of some jobs.

If we have to terminate your employment, you may be eligible for benefits under this Citigroup Separation Pay Plan for United States Consumer Group Employees ("Plan"). This Plan is designed to provide specified benefits to eligible employees where employment is involuntarily terminated on or after January 1, 2002 by Citigroup Inc. (the "Company").

In this document, the Company and participating subsidiaries are referred to as "Participating Companies."

This Plan is the only separation pay plan maintained by Citigroup Inc. for its United States Consumer Group Employees, including employees of Citibank, N.A., CitiFinancial, and Primerica Financial Services. This Plan supersedes your participation and rights under any prior separation pay plan of general applicability sponsored by Citigroup Inc., Salomon Smith Barney Inc., Citibank Global Relationship Bank, Citicorp, Inc., Citibank, N.A. (including the Citigroup Separation Pay Plan for European American Bank Employees), or their affiliates and subsidiaries to the extent an employee is eligible to participate in this Plan. This Plan is not intended to supersede any separation pay plan of general applicability sponsored by Citigroup Inc., its affiliates and subsidiaries to the extent those separation pay plans would provide

benefits to an eligible employee (as defined under those separation pay plans) who is not a United States Consumer Group Employee of Citigroup Inc.

## ELIGIBILITY

You are covered by the Plan if you are a full-time, salaried employee or an employee who is scheduled to work less than full-time, but receive benefits of one of the Participating Companies and your employment is attributable to an association with the United States Consumer Group and you are paid through the United States domestic payroll or expatriate payroll of Citigroup Inc. or one of its affiliates or subsidiaries. Notwithstanding the preceding sentence, if you are paid through the expatriate payroll, you must be a United States citizen to be eligible for benefits under this Plan.

If you are employed on a part-time basis without benefits, or on a temporary or contractual basis, you are *not* eligible for benefits under the Plan.

You would be eligible for separation pay benefits if your employment is involuntarily terminated because of (i) a staff reduction or realignment of the work force causing elimination of your position, (ii) a significant reduction, change or elimination of the need for specialized skills, (iii) a relocation or dissolution of a business, (iv) the sale of any portion of a business or elimination of an administrative or operating function, if you are not offered a position by the acquiring or chosen outsource organization at substantially the same salary rate, (v) a schedule change that results in a loss of eligibility for benefits, or in a change in employment status from full-time to part-time (a reduction in hours of 25% or more), and (1) you fulfill your remaining employment obligations, and (2) you execute an agreement releasing the Company and affiliates from all further liability to you which may include other obligations of you required by the Company as a condition of receipt of these benefits.

You would *not* be eligible for benefits under this Plan if:

- You voluntarily resign, retire or abandon your job;

- Your employment is terminated for attendance, punctuality or misconduct (such as thefts/defalcations, insubordination or other cause);

- Your employment is terminated due to unacceptable performance;

- You are offered another job (with base pay equal to at least 85% of your current base pay) at your present location or at another facility of Citigroup Inc. or any of its affiliates that does not increase your commute by more than 50 miles, with no change in work shifts;

- You transfer to or refuse another job (with base pay equal to at least 85% of your current base pay) with a successor company (or any of its affiliates) without an interruption of employment. A successor company shall be deemed to include (i) the same company, or (ii) another company as a direct result of the divestiture of all the Participating Companies, or the divestiture of all or part of the assets of any one of the Participating Companies;

- You have been out on an approved leave and fail to return to work within the time period provided by law or applicable policy; or

- For any other reason the Plan Administrator determines that the payment of benefits is under all the circumstances at the time, not appropriate.

The Plan Administrator will have full and sole discretion in all cases to interpret and administer the Plan, including discretion to determine whether a qualified separation has occurred; whether the circumstances of any particular separation make payment of benefits under the program appropriate; and the form of the agreement to be signed by participating employees. The decisions of the Plan Administrator shall be final and binding on all employees.

## SEPARATION PAY BENEFITS

If it is determined by the Plan Administrator that you may receive benefits under the Plan and you agree to the terms of the agreement, your separation pay will be calculated as follows: you will receive 2 weeks of base pay (exclusive of bonuses, overtime, shift differential, or any other compensation above your then current weekly base pay rate) for each full 12 months of service with the Participating Companies since your service date, up to a maximum of 52 weeks.

Service date under this Plan means your most recent date of hire.

For purposes of defining the date of termination under the Plan, an individual shall not be deemed terminated if such individual is on sick leave, disability or any unpaid leave.

## OTHER ISSUES

Separation pay is subject to all applicable federal, state and local taxes. At its discretion, the United States Consumer Group may make the separation payments in a single lump sum at the time of termination (or as soon thereafter as practical) or over a payment period of time not to exceed 52 weeks. If the payments are made over a period of time, during such payment period, the affected Employee will continue to be eligible to continue enrollment in employee benefits as if the Employee were still employed. Notwithstanding the foregoing, the affected Employee shall not be eligible to contribute to the Citigroup 401(k) Plan, accrue future benefits under the Citigroup Pension Plan, nor continue enrollment in any disability plan sponsored by Citigroup.

If you are rehired by the Company or one of its affiliates or subsidiaries during the time represented by the separation pay period, you must return any amount in excess of what you are entitled to receive due to the actual length of your unemployment.

For example:

- 15 years of service
  - — Receive 30 weeks of separation pay,
  - — Rehired 7 weeks after termination,
  - — Must return 23 weeks of separation pay.

Pay for any period between the date you are given notice of your covered termination of employment and your actual date of termination will not be considered separation pay under the Plan.

## CLAIMS PROCEDURES

If it is determined that you are eligible for benefits under the Plan, you will be notified in writing of your benefits. If you do not receive such a notice within 60 days after you terminate employment (including job discontinuance situations) and you believe you are entitled to benefits under the Plan, or you disagree with the benefits specified in the notice, you can file a written claim for benefits or ask in writing to have your benefits coverage reviewed. Within 60 days after you file a claim or request that your benefits be reviewed, you will receive a written decision from the Plan Administrator (except that in certain circumstances the Plan Administrator may take up to an additional 60 days to consider its decision, in which case you will be told about the extension). That decision will include specific reasons, will refer to the provision in the Plan on which the decision was based and will describe how you can appeal the decision.

You may appeal the decision in writing to the Plan Administrator within 60 days after the decision was made, specifying the reasons for your appeal. You can ask for any information that is relevant to your case. You can also submit comments or other information in writing. The Plan Administrator will notify you of the final decision within 60 days after you have asked for the appeal (except that in certain circumstances the Plan Administrator may take up to an additional 60 days to consider the appeal, in which case you will be told about the extension). The final decision will include the specific reasons and will refer to the provisions of the Plan on which the decision was based.

## CERTAIN EMPLOYEE RIGHTS UNDER ERISA

Your rights under ERISA relating to the Plan are described below.

You are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974, as amended ("ERISA").

ERISA provides that all Plan participants shall be entitled to:

- Examine, without charge, at the Plan Administrator's office and at other specifically designated worksites, during normal working hours, all plan documents and copies of all documents filed by the Plan with the U.S. Department of Labor, such as annual reports and Plan descriptions.

- Certain copies of all Plan documents and other Plan information upon written request to the Plan Administrator. (A slight charge may be made to cover the cost of duplicating these copies.)

- Receive a summary of the Plan's annual financial report, which is furnished by law, automatically.

In addition to creating rights for Plan participants, ERISA imposes duties upon the persons called "Fiduciaries," who are responsible for the operation of the Plan. Fiduciaries must act prudently in your interest and in the interest of other Plan participants. No one — including your employer, or any other person — may fire or discriminate in any other way against you to prevent you from obtaining a benefit or for exercising your rights under ERISA. Under ERISA, there are steps you can take to enforce the rights described above:

- If you request materials from the Plan and do not receive them within 30 days, you may file suit in federal court. The court may require the Plan Administrator to provide the materials and pay you up to $110 per day until you receive them, unless the materials were not sent for reasons beyond the Plan Administrator's control.

- If your claim for benefits is denied or ignored in full or in part, you may file suit in a state or federal court. If you believe Plan Fiduciaries are misusing their authority under the Plan or if you feel you are being discriminated against for asserting your rights, you may request assistance from the U.S. Department of Labor or file a suit in a federal court.

The court will decide who should pay court costs and legal fees. If your suit is successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees. One instance in which you may be required to pay court costs and legal fees is if the court finds your suit to be frivolous.

If you have questions about this Plan, contact the Plan Administrator. If you have any questions about this statement or your rights under ERISA, contact the nearest Area Office of the U.S. Labor-Management Services Administration, Department of Labor.

## TERMINATION AND AMENDMENT

Nothing contained in this Summary Plan Description or Plan creates an express or implied contract with employees regarding employment or any benefits associated with employment. No communication by representatives of the Company should be effective to modify or otherwise affect the terms of this Plan unless it is an express amendment to this Plan.

The Company reserves the right, at any time, to amend, modify, suspend or terminate the Plan, in whole or in part.

## GENERAL INFORMATION

**Name of the Plan**
Citigroup Separation Pay Plan for United States Consumer Group Employees

**Employer Identification Number**
52-1568099

**Type of Plan**
Welfare Benefit Plan

**Plan Number**
526

**Name and Address of the Plan Sponsor**
Citigroup Inc.
399 Park Avenue
New York, NY 10043
(212) 559-1000

**The Plan Administrator is:**
The Plans Administration Committee of Citigroup Inc.
One Court Square, 15th Floor
Long Island City, NY 11120
(718) 248-7381

For general questions regarding this Plan, please contact
your Human Resources generalist.

**The Agent for Service of Legal Process**
General Counsel
Citigroup Inc.
399 Park Avenue, 3rd Floor
New York, NY 10043
(212) 559-1000

**Plan Effective Date**
January 1, 2002

**Plan Year**
January 1-December 31

**Funding**
The Citigroup Separation Pay Plan for United States
Consumer Group Employees is self-funded, which
means that benefits are paid out of the general assets of
the Employer-Plan Sponsor.

# Paid Military Leave of Absence Policy

This policy specifies how employee compensation, benefits, and programs will be treated when an employee uses military leave for voluntary or involuntary service in the uniformed services as long as the employee remains employed by and receives regular base salary from the Company.

The Company reserves the right to review, revise, change, discontinue, and interpret this policy in whole or in part at its discretion.

Where state law is more generous, state law applies. Visit www.hrtools.com/frames.asp?display=c home.html for information on military leave.

## Pay

First six months: The employee receives regular base salary less military pay offset. The employee must provide a copy of his/her military pay stub to his/her HR representative within the first thirty (30) days of the leave, if possible.

## Health and welfare benefits

Coverage continues at active employee rates. Employee contributions will be deducted from pay as long as pay covers contributions; otherwise, contributions will be billed directly to the employee.

- For medical and dental coverage military coverage becomes primary.

- The employee can continue to contribute to the Flexible Spending Account(s) through payroll deductions.

- Disability is discontinued as the plan would not provide a benefit during the leave.

- Voluntary life insurance for the employee and family continues if the employee continues payroll deductions.

- Basic (Company-provided) life insurance continues at the benefit level in effect at the time of the leave during the six months in which the employee receives pay from the Company.

- Employee accident insurance and contributions are suspended, as the plan would not provide a benefit during the leave. Accident insurance for spouse and children, if applicable, remains in effect unless the spouse and/or child(ren) also go into active duty.

- If the employee does not return to work, the COBRA period will begin at the end of the leave.

## Time off
### Vacation days

- The employee continues to accrue vacation during active military service.

- Vacation days expire by the first quarter of the year following the year of return.

- Upon request, the employee may be paid during the leave for unused vacation time earned prior to the leave.

### Sick days

Sick days continue to accrue in accordance with applicable policy but cannot be carried from year to year or "banked."

### Pension

If the employee returns or is retirement eligible during the time re-employment rights are protected, pension is unaffected, and the employee continues to earn service credits.

Generally, re-employment rights of employees in active military service are protected for the following length of time:

- Less than 30 days of military service: The employee must return to work on the next full workday after discharge.

- 30-180 days of active military service: The employee must return to work within 90 days after discharge.

Eligible compensation consists of regular pay as defined under the pension plan.

### Tuition reimbursement

The employee will be reimbursed for approved courses he/she is unable to complete because of military service.

**Stock purchase plan**

Contributions continue through payroll deductions. If pay doesn't cover deductions, deductions will stop. At the time of early purchase or prior to the close of the offering period (September 16, 2002), the employee can authorize a debit to a checking, savings, or brokerage account to make up missed payroll deductions to purchase up to the total number of shares in his or her goal amount.

**Stock options**

Vesting, exercisability, and eligibility continue without interruption during the leave. Vested options may be exercised during the leave but no later than the option expiration date.

**Capital Accumulation Program, Employee Incentive Plan, and other restricted or deferred stock awards**

Vesting, exercisability, and eligibility continue without interruption during the leave.

**Citigroup 401(k) Plan**

The employee can continue payroll contributions during the six-month paid leave period. If the employee elects to suspend payroll contributions during the leave, the employee can make up any contributions. Any Company contribution will be credited once the employee returns to work.

Loan repayments will be suspended automatically during the leave but interest on the loan will continue to accrue. The loan will not be defaulted during that time. However, the employee can continue to repay the loan by certified check or money order.

Upon return to work, the employee will be treated as if there had been no break in service.

**Job return**

Generally, the employee will return to the job he or she would have had if he/she had not served or (if the leave exceeds 90 days but is less than five years) to a job with like seniority, status, and pay. If the original job has changed and the employee is not qualified for the changed job, training may be necessary, which the Company will provide. If the employee still doesn't qualify for the changed job, the employee will be placed in a suitable job.

If the employee's job is eliminated while on military leave, the employee may be eligible for payments and/or benefits under the applicable job discontinuance separation pay plan.

When the employee returns from military leave, the employee must:

- Be released from military service generally for reasons other than dishonorable or bad conduct discharge;

- Apply for reinstatement to Citigroup in the time frames outlined by law;

- Provide a copy of his or her discharge papers or orders; and

- Report to the HR or local staffing department for processing on or before the first scheduled day of work.

**Compensation at return**

The employee should not be disadvantaged due to a military leave. When the employee returns to work, he or she will receive all salary or hourly wage increases he/she would have received if he/she had been at work. Additionally, the employee may be eligible for promotions he/she would have received if he/she had been at work.

**Employee obligations**

Prior to the leave, the employee must provide advance verbal or written notice of military service if practical. At the end of military service, the employee must return to work within the applicable time period.

In addition, the employee must provide timely notice to his/her HR representative of his/her intent to return to work, a copy of his/her discharge papers, and, upon request, adequate documentation of his/her fitness to work.

# *Index*

Absence and lateness 23

Absence reporting 23

Accidental Death and Dismemberment (AD&D) insurance 15

Accommodations in workplace 11

Adoption assistance 19

Adoption leave 19

Basic life insurance 14

Bereavement leave 19

Benefits 14, 15, 16, 17

Business travel accident insurance 14

Career development 13

Carryover vacation 18

Changes in personal status 17

Child care leave (CCL) 41, 42, 43, 44

Citigroup Ownership Program 15

Citigroup Pension Plan 15

Compensation 12

Company property 25

Conflict of interest 8, 28

Consensual relationships 28

Corporate Credit Cards 27

Counseling and corrective action 24

Criminal record checks 26

Dental coverage 14

Dependent sick time 21

Disability leaves 14, 22

Discrimination/harassment 10

Dispute Resolution Policy and Procedure 9, 33, 34

Diversity/affirmative action 10

Dress and appearance 28

Drug testing 27

Employee Assistance Program (EAP) 16

Employment Arbitration Policy 35, 36, 37, 38, 39, 40

Employment at will 8

Employee medical leave (EML) 41, 42, 43, 44

Employee responsibilities 25

Emergency leave 20

Employment of relatives 28

Equal Employment Opportunity 10

Ethics 8

Exempt employees 6

Family and Medical Leave policy (FML) 19, 41, 42, 43, 44, 45

Fingerprinting 26

Flexible spending accounts (FSAs) 14

401(k) plan 15

Getting your concerns addressed 9

Harassment 11

Health and welfare benefits 14

Holidays 18

Hotline 9, 11

Internal transfer 13

Intermittent leave 42

Jury duty 19

Leaving the company 29, 30

Life insurance 14

LifeWorks Program 16

Long-term leave of absence 20

Mandatory absence policy 18

Media inquiries 9

Merit increases 13

Medical coverage 14

Military leave 21, 51, 52

Military training leave 21

Non-exempt employees 6

Overtime pay 12

Outside activities 8

Paydays 12

Performance appraisal 13

Performance improvement 24

Personal code of conduct 23

Personal property 25

Personal time 20

Personnel files 27

Principles of employment 8, 31, 32

Recording work hours 12

References/referrals 30

Regular full-time employees 6

Regular part-time employees 6

Religious observance 20

Retirement 29

Separation pay plan 46, 47, 48, 49, 50

Sexual and other forms of harassment 10, 11

Scholarships for employees' children 15

Shift premium 12

Short-term leave of absence 20

Sick time 21

Smoke-free workplace 28

Solicitation 25

Statement of Business Practices 8

Substance abuse 27

Tape recording 26

Telephone and electronic communications policy 25

Temporary full-time employees 6

Temporary part-time employees 6

Termination of employment 29, 30

Terms used in *Handbook* 6

Time-off policies 18, 19, 20, 21, 22

Transportation Reimbursement Incentive Program
   (TRIP) 14

Tuition assistance 15

Vacation 18

Variable compensation 13

Vision coverage 14

Voluntary resignations 29

Volunteer Incentive Program (VIP) 16

Voting 19

Weapons on the premises 23

Work force reductions 29

Work hours 12

Workers' Compensation 21

Workplace solicitation and distribution 25

Workplace safety/violence in the workplace 25



# EXHIBIT 4

U S  C O N S U M E R  G R O U P

## 2002 EMPLOYEE HANDBOOK

# *Receipt Form*

*Complete this form and return it to Human Resources within 30 days of receipt. Failure to do so will not affect the applicability of the* Employee Handbook *or any of its provisions to you.*

I have received the Company's *Employee Handbook* and, in consideration of my continued at-will employment by the Company, I will comply with it and all of the Policies and Procedures of the Company. I have read this *Handbook* carefully, and I understand that I should contact my manager or Human Resources representative with any questions.

I understand that except for the Employment Arbitration Policy, nothing contained in this *Handbook* (nor the *Handbook* itself) is considered a contract of employment or constitutes a guarantee that my employment will continue for any specified period of time and that my employment with the Company is at will, which means it can be terminated by me or the Company at any time, with or without notice, for no reason or any reason not otherwise prohibited by law.

**Important:** I understand that this *Handbook* contains a provision that requires me to submit employment-related disputes to binding arbitration (see Appendix). I have read that provision carefully. I also understand that no provision in this *Handbook* or elsewhere is intended to constitute a waiver, nor be construed to constitute a waiver, of the Company's right to compel arbitration of employment-related disputes.

Signed: _Beverly Martin_    Date: _8/8/02_

Name (please print): _Beverley MARTIN_

Department: _FSTO_



# EXHIBIT 5



**LITTLER MENDELSON®**

A PROFESSIONAL CORPORATION

ALABAMA

ARIZONA

ARKANSAS

CALIFORNIA

COLORADO

CONNECTICUT

DISTRICT OF
COLUMBIA

FLORIDA

GEORGIA

ILLINOIS

INDIANA

MASSACHUSETTS

MINNESOTA

MISSOURI

NEVADA

NEW JERSEY

NEW YORK

NORTH
CAROLINA

OHIO

PENNSYLVANIA

RHODE ISLAND

SOUTH
CAROLINA

TEXAS

VIRGINIA

WASHINGTON

December 21, 2007

Paul J. Kennedy
Direct: 202.414.6855
Direct Fax: 202.842.0011
pkennedy@littler.com

**VIA FACSIMILE  (202-659-4082)**

Linda M. Correia
WEBSTER FREDRICKSON HENRICHSEN CORREIA & PUTH, P.L.L.C.
1775 K Street, N.W., Suite 600
Washington, D.C.  20006

Re:   **Beverley Martin v. Citibank, Inc.**
      **Case No. 07-cv-2207**
      **U.S. District Court for the District of Columbia**

Dear Ms. Correia:

Attached please find the following documents for your review:

1)  Relevant portions of the Citibank 2002 Employee Handbook;

2)  Ms. Martin's signed Receipt Form for the Citibank 2002 Employee Handbook;

3)  Citibank Employment Arbitration Policy; and

4)   Ms. Martin's signed Acknowledgment of the Citibank Dispute Resolution and Employment Arbitration Policies.

Please let us know by close of business on Monday, December 24 whether you will agree to submit Ms. Martin's claims against Citibank to arbitration.  If we do not hear from you by then, we will assume that you do not agree to proceed to arbitration.

Thank you for your prompt attention to this matter.

Sincerely,

*Paul J. Kennedy /kg*

Paul J. Kennedy
Counsel for Citibank, Inc.

Attachments

# EXHIBIT 6

## Kennedy, Paul J.

**From:**   Kennedy, Paul J.

**Sent:**   Monday, December 10, 2007 5:33 PM

**To:**   Linda M. Correia

**Cc:**   LeGrant, Jacqueline D.; Goetzl, Katie

**Subject:** RE: Martin v. Citibank -- Arbitration Policy/Consent Motion to Extend Time

Linda:

That's the policy we received from the company, but I'll see what I can do.  I've asked Citibank for more information.

Paul Kennedy
Littler Mendelson, P.C.
1150 17th St., N.W.
Suite 900
Washington, D.C. 20036
202-414-6855 (direct)
202-842-3400 (main)
202-255-6923 (mobile)
202-842-0011 (fax)
www.littler.com

---

**From:** Linda M. Correia [mailto:lcorreia@WFHCPLaw.com]
**Sent:** Monday, December 10, 2007 4:45 PM
**To:** Kennedy, Paul J.
**Subject:** RE: Martin v. Citibank -- Arbitration Policy/Consent Motion to Extend Time

Paul - Thanks.  This does not mention Citibank anywhere.  How can you help?  Can you send the complete document?

---

**From:** Kennedy, Paul J. [mailto:PKennedy@littler.com]
**Sent:** Monday, December 10, 2007 4:34 PM
**To:** Linda M. Correia
**Cc:** LeGrant, Jacqueline D.; Goetzl, Katie
**Subject:** Martin v. Citibank -- Arbitration Policy/Consent Motion to Extend Time

Linda:

As discussed, here is the arbitration policy. You conditioned your agreement to our requested 20-day extension of time to respond to the Complaint upon our providing this policy. I trust, then, that you will agree to the attached consent motion which we will file today or tomorrow unless we hear otherwise.

Also, please let me know if plaintiff will consent to submitting this matter to arbitration in accordance with the policy.

12/26/2007

Thank you for your courtesy.

Paul Kennedy
Littler Mendelson, P.C.
1150 17th St., N.W.
Suite 900
Washington, D.C. 20036
202-414-6855 (direct)
202-842-3400 (main)
202-255-6923 (mobile)
202-842-0011 (fax)
www.littler.com


----

To ensure compliance with requirements imposed by the IRS, we inform you that
any U.S. federal tax advice contained in this document (including any attachments)
is not intended or written to be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing
or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the
intended recipient(s).  Any review, use, distribution or disclosure by others is str
prohibited.  If you are not the intended recipient (or authorized to receive for the
recipient), please contact the sender by reply email and delete all copies of this
message.

To reply to our email administrator directly, send an email to postmaster@littler.cc

Littler Mendelson, P.C.
http://www.littler.com

12/26/2007

**Kennedy, Paul J.**

| | |
|---|---|
| **From:** | Kennedy, Paul J. |
| **Sent:** | Tuesday, December 11, 2007 11:43 AM |
| **To:** | Linda M. Correia |
| **Cc:** | Goetzl, Katie; LeGrant, Jacqueline D. |
| **Subject:** | Citibank Employee Handbook |

**Attachments:**    2006 Consumer Employee Handbook.pdf



2006 Consumer
Employee Handboo..

Linda:

As requested, here is the employee handbook containing the arbitration policy on page 37. We trust this answers your question.

Since we've complied with your condition for agreeing to an extension of time by providing the policy and now the handbook containing the policy, we will file the consent motion today by 3:00.

Thanks for your courtesy.

Paul Kennedy
Littler Mendelson, P.C.
1150 17th St., N.W.
Suite 900
Washington, D.C. 20036
202-414-6855 (direct)
202-842-3400 (main)
202-255-6923 (mobile)
202-842-0011 (fax)
www.littler.com

## Kennedy, Paul J.

**From:** Kennedy, Paul J.

**Sent:** Wednesday, December 19, 2007 5:57 PM

**To:** Linda M. Correia

**Cc:** Goetzl, Katie; LeGrant, Jacqueline D.

**Subject:** Beverley Martin -- Arbitration

Linda:

As you know, we sent you the arbitration policy (and the handbook) last week and asked whether you would agree to submit this case to arbitration. I'm following up to see what your position is on the subject. Can you please let us know by the close of business tomorrow? We will assume that you don't agree if we don't hear from you.

Many thanks.

Paul Kennedy
Littler Mendelson, P.C.
1150 17th St., N.W.
Suite 900
Washington, D.C. 20036
202-414-6855 (direct)
202-842-3400 (main)
202-255-6923 (mobile)
202-842-0011 (fax)
www.littler.com

## Kennedy, Paul J.

| | |
|---|---|
| **From:** | Linda M. Correia [lcorreia@WFHCPLaw.com] |
| **Sent:** | Wednesday, December 19, 2007 7:11 PM |
| **To:** | Kennedy, Paul J. |
| **Cc:** | Goetzl, Katie; LeGrant, Jacqueline D. |
| **Subject:** | RE: Beverley Martin -- Arbitration |

Paul -- You are mistaken. In our conversation, you requested my consent to your request for additional time to respond to the Complaint. I agreed to your request to take until December 31 to do so. You did not request consent to move to arbitration. Rather, you stated that you expected that you would file to move to arbitration. This was the first I had heard of the arbitration policy and that was why I asked for the copy. If you can provide information reflecting that my client was aware of the policy, that would be helpful. Otherwise, I am not in a position to respond to your request before the close of business tomorrow.

Please also note that my practice is to not correspond with opposing counsel by email. I find that the volume of e-mail traffic does not make it a wise choice for communications with opposing counsel.

Unless there is some joint drafting to do, such as on a settlement agreement or other joint pleading, I will not respond to e-mail during the litigation. I will work to respond promptly to your phone calls, faxes, letters, and deliveries.

Thank you for your cooperation.

Linda


Linda M. Correia
WEBSTER FREDRICKSON HENRICHSEN CORREIA & PUTH, P.L.L.C.
1775 K Street, N.W., Suite 600
Washington, D.C. 20006
202.659.8510
202.659.4082 (fax)


lcorreia@wfhcplaw.com


---

**From:** Kennedy, Paul J. [mailto:PKennedy@littler.com]
**Sent:** Wednesday, December 19, 2007 5:57 PM
**To:** Linda M. Correia
**Cc:** Goetzl, Katie; LeGrant, Jacqueline D.
**Subject:** Beverley Martin -- Arbitration

Linda:

As you know, we sent you the arbitration policy (and the handbook) last week and asked whether you would agree to submit this case to arbitration. I'm following up to see what your position is on the subject. Can you please let us know by the close of business tomorrow? We will assume that you don't agree if we don't hear from you.

Many thanks.


12/26/2007

Paul Kennedy
Littler Mendelson, P.C.
1150 17th St., N.W.
Suite 900
Washington, D.C. 20036
202-414-6855 (direct)
202-842-3400 (main)
202-255-6923 (mobile)
202-842-0011 (fax)
www.littler.com
----

To ensure compliance with requirements imposed by the IRS, we inform you that
any U.S. federal tax advice contained in this document (including any attachments)
is not intended or written to be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing
or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the
intended recipient(s).  Any review, use, distribution or disclosure by others is str
prohibited.  If you are not the intended recipient (or authorized to receive for the
recipient), please contact the sender by reply email and delete all copies of this
message.

To reply to our email administrator directly, send an email to postmaster@littler.cc

Littler Mendelson, P.C.
http://www.littler.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BEVERLEY MARTIN, | |
| Plaintiff, | |
| v. | Civil Action No. 07-2297  (RCL) |
| CITIBANK, INC., | |
| Defendant. | |

## <u>ORDER</u>

Upon consideration of Defendant's Motion to Dismiss and to Compel Arbitration, any opposition thereto, and any reply thereto, it is hereby

ORDERED that the Motion is granted; and

ORDERED that the case is dismissed with prejudice; and

ORDERED that the parties shall proceed to arbitration; and

ORDERED that copies of this Order shall be mailed to all counsel of record.


Dated: _____          _____

                                    Hon. Royce C. Lamberth
                                    United States District Judge

Copies to:

Paul J. Kennedy
Katherine A. Goetzl
Littler Mendelson, P.C.
1150 17th Street, N.W., Suite 900
Washington, D.C.  20036

Counsel for Defendant


Linda M. Correia
Webster, Frederickson, Henrichsen, Correia & Puth, P.L.L.C.
1775 K Street, N.W., Suite 600
Washington, DC  20006

Counsel for Plaintiff


Firmwide:83887343.1 022839.1000