UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BEVERLEY MARTIN, ) |  |
| ) |  |
| Plaintiff ) |  |
| ) |  |
| v. ) | Civil Action No. 07-2297 (RCL) |
| ) |  |
| CITIBANK, INC., ) |  |
| ) |  |
| Defendant. ) |  |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION
TO MOTION TO DISMISS AND TO COMPEL ARBITRATION**

COMES NOW Plaintiff Beverley Martin, by and through counsel, pursuant to Fed. R.Civ.P. 6(b), and asks this Honorable Court for an extension of time of one day in which to file an opposition to Defendants' Motion to Dismiss in connection with the above-referenced civil action. Plaintiff's Opposition was due on January 10, 2008. Defendant Citibank consents to this motion.

Plaintiff requests the extension of time due to ongoing technical problems interfering with access to the Internet and, specifically, access to this Court's ECF system, over the course of the past 24 hours at our law firm. The problems seemed to have been corrected until counsel attempted to file Plaintiff Martin's Opposition to Dismiss and to Compel Arbitration, at which time the ECF system was accessible through a non-network computer, but the pleading and related exhibits were not accessible from the non-network computer. Accordingly, the Opposition has been filed today, as expeditiously as possible under the circumstances. *See* Declaration of Linda M. Correia accompanying the Opposition.

WHEREFORE, for these reasons, Plaintiff respectfully requests that the Court grant this motion and allow Plaintiff to file an her Opposition to Defendant's Motion to Dismiss and to Compel Arbitration on this date, and grant such other and further relief as the Court deems just and proper.

Respectfully Submitted,

  /s/  *Linda M. Correia*
Linda M. Correia #435027
Webster, Fredrickson, Henricksen,
Correia & Puth, PLLC
1775 K Street, N.W., Suite 600
Washington, D.C.  20006
(202) 659-8510

Attorney for Plaintiff Martin

## CERTIFICATE OF SERVICE

    I certify that on this 11th day of January, 2008, a copy of the foregoing Consent Motion for Extension of Time to File Opposition to Motion to Dismiss and to Compel Arbitration was mailed, by first class mail, postage prepaid, to:

Paul J. Kennedy  
Katherine A. Goetzl  
Littler Mendelson, P.C.  
1150 17th St. N.W.  
Suite 900  
Washington, D.C. 20036

                                        */s/  Linda M. Correia*  
                                        Linda M. Correia #435027  
                                        1775 K Street, N.W., Suite 600  
                                        Washington, D.C.  20006  
                                        (202) 659-8510

                                        Attorney for Plaintiff Martin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEVERLEY MARTIN,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 07-2297 (RCL) |
| ) | |
| **CITIBANK, INC.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Consent Motion for Extension of Time to File Opposition to Motion to Dismiss and Compel Arbitration, and the entire record herein, it is hereby

**ORDERED**, that the Motion is granted, and Plaintiff's Opposition shall be accepted for filing on January 11, 2008.

**SO ORDERED,** this ___ day of January 2008.

_____
Judge Royce Lamberth
U.S. District Court for the
District of Columbia