**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **BEVERLEY MARTIN,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 07-2297 (RCL)** |
| | ) | |
| **CITIBANK, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of the Consent Motion for Extension of Time to File Opposition to

Motion to Dismiss and Compel Arbitration, and the entire record herein, it is hereby

**ORDERED**, that the Motion is granted *nunc pro tunc*, and Plaintiff's Opposition shall be

accepted for filing on January 11, 2008.

**SO ORDERED,** this 11th day of January 2008.

_____/s/_____
Judge Royce Lamberth
U.S. District Court for the
District of Columbia