UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEVERLEY MARTIN,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**CITIBANK, INC.,**<br><br>      **Defendant.** | Civil Action No. 07-2297  (RCL) |

**CONSENT MOTION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S OPPOSITION
TO CITIBANK, INC.'S MOTION TO DISMISS AND TO COMPEL ARBITRATION**

Defendant Citibank, Inc. ("Citibank"), by its undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7 of the U.S. District Court for the District of Columbia, hereby moves the Court for an Order extending the time to file its reply to Plaintiff's Opposition to Citibank's Motion to Dismiss and to Compel Arbitration. The grounds for this Motion are as follows:

1. On December 27, 2007, Citibank filed its Motion to Dismiss and to Compel Arbitration.

2. On January 11, 2008, with Citibank's consent, Plaintiff filed her 21 page Opposition to Citibank's Motion to Dismiss and to Compel Arbitration.

3. Pursuant to Local Civil Rule 7(d), Citibank's reply brief is due on January 22, 2008.

4. Citibank respectfully requests that it be permitted to file its reply to Plaintiff's Opposition on January 24, 2008 so that it will have sufficient time to analyze and respond to Plaintiff's numerous arguments.

2

5.     Pursuant to Local Civil Rule 7(m), counsel for Citibank contacted counsel for Plaintiff by telephone to discuss the relief requested in this Motion on January 17, 2008.

6.     Counsel for Plaintiff consents to the relief requested in this Motion.

7.     Neither party will be prejudiced by the granting of the relief requested in this Motion.

For the foregoing reasons, Defendant Citibank, Inc. respectfully requests that the Court permit it to file its Reply to Plaintiff's Opposition to Citibank's Motion to Dismiss and to Compel Arbitration on January 24, 2008.

Dated:  January 18, 2008                           Respectfully submitted,

                                                   LITTLER MENDELSON, P.C.

                                   By:     /s/ Katherine A. Goetzl
                                           Paul J. Kennedy (D.C. Bar No. 428623)
                                           Katherine A. Goetzl (D.C. Bar No. 457660)
                                           1150 17th Street N.W., Suite 900
                                           Washington, DC  20036
                                           202.842.3400  telephone
                                           202.842.0011  facsimile

                                           Counsel for Defendant Citibank, Inc.

Firmwide:84079082.1 022839.1034

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEVERLEY MARTIN,**<br><br>   **Plaintiff,**<br><br>   v.<br><br>**CITIBANK, INC.,**<br><br>   **Defendant.** | Civil Action No. 07-2297  (RCL) |

### ORDER

Upon consideration of the Consent Motion to Extend Time to Respond to Plaintiff's Opposition to Citibank, Inc.'s Motion to Dismiss and to Compel Arbitration, it is hereby

ORDERED that the Motion is granted; and

ORDERED that Citibank shall file its Reply to Plaintiff's Opposition to Citibank, Inc.'s Motion to Dismiss and to Compel Arbitration before or on January 24, 2008; and

ORDERED that copies of this Order shall be provided to all counsel of record.


Dated: _____          _____
                                  Hon. Royce C. Lamberth
                                  United States District Judge

Copies to:

Paul J. Kennedy
Katherine A. Goetzl
Littler Mendelson, P.C.
1150 17th Street, N.W., Suite 900
Washington, D.C.  20036

Counsel for Defendant


Linda M. Correia
Webster, Frederickson, Henrichsen, Correia & Puth, P.L.L.C.
1775 K Street, N.W., Suite 600
Washington, DC  20006

Counsel for Plaintiff


Firmwide:84079177.1 022839.1034