UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEVERLEY MARTIN,**<br><br>　　　**Plaintiff,**<br><br>　　　v.<br><br>**CITIBANK, INC.,**<br><br>　　　**Defendant.** | Civil Action No. 07-2297  (RCL) |

## ORDER

Upon consideration of the Consent Motion to Extend Time to Respond to Plaintiff's Opposition to Citibank, Inc.'s Motion to Dismiss and to Compel Arbitration, it is hereby

ORDERED that the Motion is granted; and

ORDERED that Citibank shall file its Reply to Plaintiff's Opposition to Citibank, Inc.'s Motion to Dismiss and to Compel Arbitration before or on January 24, 2008; and

ORDERED that copies of this Order shall be provided to all counsel of record.

Dated:  January 18, 2008　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Hon. Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　　United States District Judge