UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEVERLEY MARTIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 07-2297 (RCL) |
| ) | |
| CITIBANK, N.A., ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO FILE SURREPLY**

Comes now the Plaintiff, by and through her attorneys, and hereby moves this Honorable Court to permit a surreply in response to Defendant's Reply Memorandum in support of Defendant's Motion to Dismiss and to Compel Arbitration("Reply") which is filed for the limited purpose of responding to new arguments raised new first time in Defendant's Reply. Plaintiff requests that the Court accept for filing her Surreply. This Motion is supported by the attached Memorandum of Points and Authorities.

Respectfully Submitted,

WEBSTER, FREDRICKSON, HENRICHSEN,
CORREIA & PUTH, P.L.L.C.

  /s/  Linda M. Correia
Linda M. Correia #43527
1775 K Street, N.W., Suite 600
Washington, D.C. 20006
(202) 659-8510

Attorney for Plaintiff Martin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEVERLEY MARTIN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CITIBANK, N.A., )<br>)<br>Defendant. )<br>) | Civil Action No. 07-2297 (RCL) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF
BEVERLEY MARTIN'S MOTION FOR LEAVE TO FILE SURREPLY**

Plaintiff Beverley Martin hereby requests that the Court accept for filing her Surreply in response to Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss and to Compel Arbitration. The grounds for Plaintiff's motion are as follows:

Defendant filed its Motion to Dismiss and to Compel Arbitration December 27, 2007. Plaintiff's Opposition to the Defendant's Motion Motion to Dismiss and to Compel Arbitration on January 11, 2008. Defendant filed its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss and to Compel Arbitration ("Reply") on January 24, 2008.

In its Reply, Defendant has raised new arguments: (1) Defendant, relying on the Declaration of Eric Johnston presented for the first time in its Reply, asserts for the first time that Plaintiff's job duties included distributing the employee handbook (Reply at 7); and (2) Defendant also argues that there was no arbitrable dispute until Plaintiff Martin filed her lawsuit (Reply at 5).

Plaintiff requests the opportunity to respond to Defendant's new arguments and factual representations. *See, e.g., Alexander v. F.B.I.*, 186 F.R.D. 71, 74 (D.D.C. 1998) (plaintiff showed good cause to file surreply when defendant included declaration in reply not included in original

motion).

For all the foregoing reasons, and any others this Court may find, Plaintiff respectfully requests that this Court grant this Motion and accept for filing the attached Surreply.

                                Respectfully Submitted,

                                WEBSTER, FREDRICKSON, HENRICHSEN,
                                CORREIA & PUTH, P.L.L.C.

                                */s/  Linda M. Correia*
                                Linda M. Correia #43527
                                1775 K Street, N.W., Suite 600
                                Washington, D.C.  20006
                                (202) 659-8510

                                Attorney for Plaintiff Martin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **BEVERLEY MARTIN,** | ) | |
| **Plaintiff** | ) ) ) | |
| v. | ) ) | Civil Action No. 07-2297 (RCL) |
| **CITIBANK, N.A.,** | ) ) ) | |
| **Defendant.** | ) ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to File Surreply, any opposition thereto, and the entire record herein, it is this ____ day of _____, 2008,

ORDERED that the Plaintiff's motion shall be, and the same hereby is, GRANTED in its entirety, and it is

FURTHER ORDERED that Plaintiff Martin's Surreply in Opposition to Defendant's Motion to Dismiss and to Compel Arbitration is accepted for filing.

_____                                    _____
Date                                                                              The Honorable Royce C. Lamberth

## CERTIFICATE OF SERVICE

    I certify that on this 1st day of February, 2008, a copy of the foregoing Plaintiff's Motion For Leave to File Surreply and proposed order was mailed, by first class mail, postage prepaid, to:

Paul J. Kennedy
Katherine A. Goetzl
Littler Mendelson, P.C.
1150 17th St. N.W.
Suite 900
Washington, D.C. 20036


           */s/  Linda M. Correia*
Linda M. Correia #43527
1775 K Street, N.W., Suite 600
Washington, D.C.  20006
(202) 659-8510

Attorney for Plaintiff Martin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **BEVERLEY MARTIN,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2297 (RCL) |
| | ) | |
| **CITIBANK, N.A.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to File Surreply, any opposition thereto, and the entire record herein, it is this ____ day of _____, 2008,

ORDERED that the Plaintiff's motion shall be, and the same hereby is, GRANTED in its entirety, and it is

FURTHER ORDERED that Plaintiff Martin's Surreply in Opposition to Defendant's Motion to Dismiss and to Compel Arbitration is accepted for filing.

_____          _____
Date                                                     The Honorable Royce C. Lamberth