UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEVERLEY MARTIN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CITIBANK, N.A., )<br>)<br>Defendant. )<br>) | Civil Action No. 07-2297 (RCL) |

**PLAINTIFF BEVERLEY MARTIN'S NOTICE OF SUPPLEMENTAL
AUTHORITY IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS
AND TO COMPEL ARBITRATION**

Plaintiff Beverley Martin, by and through counsel, files this notice of supplemental authority in support of Plaintiff Beverley Martin's Opposition to Motion to Dismiss and to Compel Arbitration In a decision issued April 11, 2008, the United States Court of Appeals for the District of Columbia Circuit reversed a district court decision relied upon by Defendant Citibank in its Reply to Plaintiff's Opposition. *See* Attachment A (*Khan v. Parsons Global Services, Ltd.*, --- F.3d ----, 2008 WL 996510, No. 07-7059 (D.C. Cir. April 11, 2008)). The Court of Appeals rejected the district court's conclusion that the employer did not waive the right to compel arbitration because the employer did not actively participate in the lawsuit.

Specifically, in its Reply, Citibank draws parallels between its own actions and those of the defendant in *Khan*, facts which the district court found probative: that the employer (1) did not engage in discovery; (2) did not delay in invoking arbitration; (3) requested that the employee submit to arbitration; (4) did not dispute the employee's claims on the merits in its motion to dismiss; and (5) did not prejudice the employee because Citibank did not cause substantial expense

or loss of time by invoking the litigation process instead of demanding arbitration. (*See* Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss and to Compel Arbitration at 2 (citing *Khan v. Parsons Global Services*, 480 F.Supp.2d 327, 333-34 (D.D.C. 2007)).)

The Court of Appeals did not find any of these factors persuasive, reversed the decision of the district court and suggested that the court "consider whether to remand the case to the D.C. Superior Court." *Kahn*, Slip Op. at 13.

Respectfully Submitted,

WEBSTER, FREDRICKSON, HENRICHSEN,
CORREIA & PUTH, P.L.L.C.


 /s/  *Linda M. Correia*
Linda M. Correia #435027
1775 K Street, N.W., Suite 600
Washington, D.C.  20006
(202) 659-8510

Attorney for Plaintiff Martin

**CERTIFICATE OF SERVICE**

     I certify that on this 17th day of April, 2008, a copy of the foregoing Plaintiff's Notice of Supplemental Authority in Support of Opposition to Motion to Dismiss and to Compel Arbitration was mailed, by first class mail, postage prepaid, to:

Paul J. Kennedy
Katherine A. Goetzl
Littler Mendelson, P.C.
1150 17th St. N.W.
Suite 900
Washington, D.C.  20036


          /s/   *Linda M. Correia*
Linda M. Correia #435027
1775 K Street, N.W., Suite 600
Washington, D.C.  20006
(202) 659-8510

Attorney for Plaintiff Martin