UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEVERLEY MARTIN** )<br>)<br>    **Plaintiff,** )<br>)<br>            v.      )<br>)<br>**CITIBANK, INC.,** )<br>)<br>    **Defendant.** )<br>_____ ) | Civ. No. 07-2297 (RCL) |

### ORDER

Upon consideration of plaintiff's Motion [13] for Leave to File Surreply and defendant's opposition [16] thereto, it is hereby

ORDERED that the motion is GRANTED.  It is further, upon consideration of defendant's Motion [5] to Dismiss and to Compel Arbitration, plaintiff's opposition [7] thereto, defendant's reply [12] brief, applicable law, and the entire record herein, hereby

ORDERED that defendant's Motion to Dismiss and to Compel Arbitration is GRANTED.  Plaintiff's claims against Citibank, Inc. must be arbitrated.  This case now stands DISMISSED.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth on June 24, 2008.